B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Duraco Products, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**73-0742597** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1109 East Lake Street**<br>**Streamwood, IL**<br>ZIP Code **60107** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(1/08)                                                                                                    Page 2

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **Duraco Products, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ |
| | Signature of Attorney for Debtor(s)         (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                              Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
**Duraco Products, Inc.**

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney\***

**X  /s/ Keevan D. Morgan**
Signature of Attorney for Debtor(s)

**Keevan D. Morgan 1958844**
Printed Name of Attorney for Debtor(s)

**Morgan & Bley, Ltd.**
Firm Name

**900 W. Jackson Blvd.**
**Suite 4 East**
**Chicago, IL 60607**

Address

**312.243.0006**
Telephone Number

**November 18, 2008**
Date

*\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.*

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrputcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Kevin P. Lynch**
Signature of Authorized Individual

**Kevin P. Lynch**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**November 18, 2008**
Date

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re   __Duraco Products, Inc.__                                Case No.  _____

                                         Debtor(s)          Chapter   __11__

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

       Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest uns is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or gu child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **A Federated Corporation**<br>**745 Dillon Drive**<br>**Wood Dale, IL 60191** | **A Federated Corporation**<br>**745 Dillon Drive**<br>**Wood Dale, IL 60191** | | | **127,334.00** |
| **Advance Payroll**<br>**3401 Enterprise Parkway**<br>**5th Floor**<br>**Beachwood, OH 44122** | **Advance Payroll**<br>**3401 Enterprise Parkway**<br>**5th Floor**<br>**Beachwood, OH 44122** | **Services** | | **312,000.00** |
| **Alliance Staffing, Incorporated**<br>**c/o Robert Benjamin/Querrey &Harrow**<br>**175 W. Jackson Blvd.; Suite 1600**<br>**Chicago, IL 60606** | **Alliance Staffing, Incorporated**<br>**c/o Robert Benjamin/Querrey &Harrow**<br>**175 W. Jackson Blvd.; Suite 1600**<br>**Chicago, IL 60606** | | | **181,395.00** |
| **Bullett Freight Systems, Inc.**<br>**721 E. Ball Road**<br>**Anaheim, CA 92805** | **Bullett Freight Systems, Inc.**<br>**721 E. Ball Road**<br>**Anaheim, CA 92805** | | | **292,378.00** |
| **Central Freight Lines, Inc.**<br>**c/o Chamblee & Ryan, P.C.**<br>**2777 Stemmons Freeway; Suite 1157**<br>**Dallas, TX 75207** | **Central Freight Lines, Inc.**<br>**c/o Chamblee & Ryan, P.C.**<br>**2777 Stemmons Freeway; Suite 1157**<br>**Dallas, TX 75207** | **Freight Services** | | **268,987.00** |

B4 (Official Form 4) (12/07) - Cont.

In re   **Duraco Products, Inc.**                                                                          Case No. _____
                                                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Chase Equipment Leasing, Inc.**<br>**1111 Polaris Parkway**<br>**Suite A3**<br>**Columbus, OH 43240** | **Chase Equipment Leasing, Inc.**<br>**1111 Polaris Parkway**<br>**Suite A3**<br>**Columbus, OH 43240** | **Equipment Lease** | | **800,000.00** |
| **Conocophillips Company**<br>**P.O. Box 88**<br>**Bartlesville, OK 74005** | **Conocophillips Company**<br>**P.O. Box 88**<br>**Bartlesville, OK 74005** | | | **341,207.00** |
| **Entec Polymers, Inc.**<br>**800 Ct. Avenue**<br>**Suite 5**<br>**Norwalk, CT 06855** | **Entec Polymers, Inc.**<br>**800 Ct. Avenue**<br>**Suite 5**<br>**Norwalk, CT 06855** | **Goods** | | **450,000.00** |
| **Freightdoc International, Inc.**<br>**c/o Axelrod, Goodman, Steiner & Baz**<br>**39 S. LaSalle Street; Suite 920**<br>**Chicago, IL 60603** | **Freightdoc International, Inc.**<br>**c/o Axelrod, Goodman, Steiner & Baz**<br>**39 S. LaSalle Street; Suite 920**<br>**Chicago, IL 60603** | | | **213,438.00** |
| **IStern & Company**<br>**c/o Bryan Sims**<br>**1001 E. Chicago Avenue;**<br>**Suite 111**<br>**Naperville, IL 60540** | **IStern & Company**<br>**c/o Bryan Sims**<br>**1001 E. Chicago Avenue; Suite 111**<br>**Naperville, IL 60540** | | | **130,000.00** |
| **John M. Licht et al.**<br>**c/o Douglas Chalmers, Esq.**<br>**77 W. Wacker Drive; Suite 4800**<br>**Chicago, IL 60601** | **John M. Licht et al.**<br>**c/o Douglas Chalmers, Esq.**<br>**77 W. Wacker Drive; Suite 4800**<br>**Chicago, IL 60601** | | | **441,071.00** |
| **Matson Integrated Logistics**<br>**c/o Michael D. Weis**<br>**P.O. Box 1166**<br>**Northbrook, IL 60065** | **Matson Integrated Logistics**<br>**c/o Michael D. Weis**<br>**P.O. Box 1166**<br>**Northbrook, IL 60065** | | | **152,912.00** |

Software Copyright (c) 1996-2007 Best Case Solutions - Evanston, IL - (800) 492-8037                                            Best Case Bankruptcy

B4 (Official Form 4) (12/07) - Cont.

In re **Duraco Products, Inc.**                                                                        Case No. _____
_____
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Plaspros, Inc.**<br>**1143 Ridgeview Drive**<br>**Mchenry, IL 60050** | **Plaspros, Inc.**<br>**1143 Ridgeview Drive**<br>**Mchenry, IL 60050** | | | **185,464.00** |
| **Premium Molding, Inc.**<br>**c/o William B. Thompson, Esq.**<br>**P.O. Box 584**<br>**Wheaton, IL 60189** | **Premium Molding, Inc.**<br>**c/o William B. Thompson, Esq.**<br>**P.O. Box 584**<br>**Wheaton, IL 60189** | | | **180,600.00** |
| **Seaton Corporation**<br>**c/o McCabe & Hogan, P.C.**<br>**19 S. Bothwell Street; Suite 200**<br>**Palatine, IL 60067** | **Seaton Corporation**<br>**c/o McCabe & Hogan, P.C.**<br>**19 S. Bothwell Street; Suite 200**<br>**Palatine, IL 60067** | | | **518,898.00** |
| **Shannon Industrial**<br>**2041 Dillard Court**<br>**Woodstock, IL 60098** | **Shannon Industrial**<br>**2041 Dillard Court**<br>**Woodstock, IL 60098** | | | **365,000.00** |
| **Solomon Edwards Group, LLC**<br>**525 W. Monroe Street**<br>**Suite 570**<br>**Chicago, IL 60661** | **Solomon Edwards Group, LLC**<br>**525 W. Monroe Street**<br>**Suite 570**<br>**Chicago, IL 60661** | | | **245,973.00** |
| **United Polychem, Inc.**<br>**c/o Steven D. Gertler & Assoc., Ltd**<br>**415 N. LaSalle Street**<br>**Chicago, IL 60610** | **United Polychem, Inc.**<br>**c/o Steven D. Gertler & Assoc., Ltd**<br>**415 N. LaSalle Street**<br>**Chicago, IL 60610** | | | **441,963.12** |
| **USF Holland Inc.**<br>**c/o McMahon & Sigunick, Ltd.**<br>**412 S. Wells Street**<br>**Whiskeytown, CA 96095** | **USF Holland Inc.**<br>**c/o McMahon & Sigunick, Ltd.**<br>**412 S. Wells Street**<br>**Whiskeytown, CA 96095** | | | **196,012.00** |

Software Copyright (c) 1996-2007 Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

**B4 (Official Form 4) (12/07) - Cont.**

In re   **Duraco Products, Inc.**                                                              Case No.   _____

_____
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Welch Packaging Group, Inc.**<br>**1020 Herman Street**<br>**Elkhart, IN 46516** | **Welch Packaging Group, Inc.**<br>**1020 Herman Street**<br>**Elkhart, IN 46516** | **Goods** | | **388,675.00** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing correct to the best of my information and belief.

Date   **November 18, 2008**                              Signature   **/s/ Kevin P. Lynch**
                                                                        **Kevin P. Lynch**
                                                                        **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2007 Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

A Federated Corporation
745 Dillon Drive
Wood Dale, IL 60191


Advance Payroll
3401 Enterprise Parkway
5th Floor
Beachwood, OH 44122


Alliance Staffing, Incorporated
c/o Robert Benjamin/Querrey &Harrow
175 W. Jackson Blvd.; Suite 1600
Chicago, IL 60606


Bullett Freight Systems, Inc.
721 E. Ball Road
Anaheim, CA 92805


Central Freight Lines, Inc.
c/o Chamblee & Ryan, P.C.
2777 Stemmons Freeway; Suite 1157
Dallas, TX 75207


Chase Equipment Leasing, Inc.
1111 Polaris Parkway
Suite A3
Columbus, OH 43240


Conocophillips Company
P.O. Box 88
Bartlesville, OK 74005


Entec Polymers, Inc.
800 Ct. Avenue
Suite 5
Norwalk, CT 06855


Freightdoc International, Inc.
c/o Axelrod, Goodman, Steiner & Baz
39 S. LaSalle Street; Suite 920
Chicago, IL 60603


IStern & Company
c/o Bryan Sims
1001 E. Chicago Avenue; Suite 111
Naperville, IL 60540

John M. Licht et al.
c/o Douglas Chalmers, Esq.
77 W. Wacker Drive; Suite 4800
Chicago, IL 60601


M. Holland Company
400 Skokie Blvd.
Suite 600
Northbrook, IL 60062


Matson Integrated Logistics
c/o Michael D. Weis
P.O. Box 1166
Northbrook, IL 60065


Patton Industries, Inc.
615 W. Lake Street
Elmhurst, IL


Plaspros, Inc.
1143 Ridgeview Drive
Mchenry, IL 60050


Premium Molding, Inc.
c/o William B. Thompson, Esq.
P.O. Box 584
Wheaton, IL 60189


Roadway Express
c/o McMahon & Sigunick, Ltd.
412 S. Wells Street
Chicago, IL 60607


Seaton Corporation
c/o McCabe & Hogan, P.C.
19 S. Bothwell Street; Suite 200
Palatine, IL 60067


Shannon Industrial
2041 Dillard Court
Woodstock, IL 60098


Solomon Edwards Group, LLC
525 W. Monroe Street
Suite 570
Chicago, IL 60661

Stag III Streamwood, LLC
99 Chauncy Street
10th Floor
Boston, MA 02111


United Polychem, Inc.
c/o Steven D. Gertler & Assoc., Ltd
415 N. LaSalle Street
Chicago, IL 60610


USF Holland Inc.
c/o McMahon & Sigunick, Ltd.
412 S. Wells Street
Whiskeytown, CA 96095


Welch Packaging Group, Inc.
1020 Herman Street
Elkhart, IN 46516