## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | **Chapter 11** |
| ) | **Judge Eugene R. Wedoff** |
| **DURACO PRODUCTS, INC.,** ) | **Case No. 08-31353** |
| ) | |
| Debtor. ) | |

## ORDER EXTENDING SECOND INTERIM ORDER AUTHORIZING DEBTOR TO (I) USE CASH COLLATERAL, (II) BORROW MONEY, (III) GRANT SECURITY INTERESTS, (IV) ACCORD PRIORITY STATUS AND (V) OBTAIN RELATED RELIEF

This matter coming to be heard for Final Hearing on the Debtor's motion for authority to use cash collateral, borrow money, grant security interests, accord priority status and obtain related relief (the "**Motion**"); the Court having previously entered an Interim Order granting the Motion and Authorizing Debtor To (i) Use Cash Collateral, (ii) Borrow Money, (iii) Grant Security Interests, (iv) Accord Priority Status And (v) Obtain Related Relief ("**First Order**") on November 26, 2008, and the Court having subsequently entered a Second Interim Order Authorizing Debtor To (i) Use Cash Collateral, (ii) Borrow Money, (iii) Grant Security Interests, (iv) Accord Priority Status And (v) Obtain Related Relief ("**Second Order**") which expires on January 14, 2009; the parties having asked the Court to continue the Second Order and the Final Hearing for a further date; and, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED, STIPULATED AND AGREED THAT:

1. The Second Order is continued and shall remain in effect, and each of the Debtor, Kevin Lynch and Michael Lynch shall continue to Comply with the First Order and the Second Order.

2. The Second Order is extended and shall, with the Debtor's ability to use cash

collateral, expire on January 28, 2009 without further order of Court.

3. The Final Hearing is continued until January 29, 2009 at 10:00 a.m.

CONSENT AS TO FORM AND SUBSTANCE OF THIS ORDER

DURACO PRODUCTS, INC.        KEVIN LYNCH        MICHAEL LYNCH

By: _____          _____    _____
Its: __PRESIDENT__

ENTERED:

_____
United States Bankruptcy Judge

1 6 JAN 2009

Order Prepared by:

Scott N. Schreiber (ARDC #6191042)
Stahl Cowen
55 W. Monroe St.
Suite 1200
Chicago, IL 60603
312-641-0060 (phone)
312-423-8189 (direct fax)