UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

APR 22 2009

EUGENE R. WEDOFF,
BANKRUPTCY JUDGE

In re:

DURACO PRODUCTS, INC.,

Debtor.

Case No. 08 B 31353

Chapter 11

### FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO ARNSTEIN & LEHR LLP, ATTORNEYS FOR THE DEBTOR, FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $164,805.75 | TOTAL COSTS REQUESTED: | $4,224.85 |
| TOTAL FEES REDUCED: | $0.00 | TOTAL COSTS REDUCED: | $1,652.37 |
| TOTAL FEES ALLOWED: | $164,805.75 | TOTAL COSTS ALLOWED: | $2,572.48 |

**TOTAL FEES AND COSTS ALLOWED: $167,378.23**

THE COURT HAS MARKED THE ATTACHED TIME AND EXPENSE ENTRIES THAT HAVE BEEN DISALLOWED IN WHOLE OR IN PART. THE BASIS FOR EACH DISALLOWANCE IS DISCLOSED BY THE NUMERICAL NOTATION THAT APPEARS ON THE LEFT SIDE OF EACH HIGHLIGHTED ENTRY. THE NUMERICAL NOTATIONS REFER TO THE ENUMERATED PARAGRAPHS BELOW.

**(1)    Overhead Costs are Non-Compensable**

The Court denies reimbursement for fees or expenses that are overhead costs. Expenses which are overhead are not compensable because they are built into the hourly rate. *See In re Wildman*, 72 B.R. 700, 731 (Bankr. N.D. Ill. 1987). Overhead, for bankruptcy purposes, includes "all continuous administrative or general costs or expenses incident to the operation of the firm which cannot be attributed to a particular client or cost." *In re Convent Guardian Corp.*, 103 B.R. 937, 939-40 (Bankr. N.D. Ill. 1989) (quoting *In re Thacker*, 48 B.R. 161, 164 (Bankr. N.D. Ill. 1985)).

Dated: April 22, 2009

Eugene R. Wedoff
United States Bankruptcy Judge

1

LAW OFFICES

# ARNSTEIN & LEHR LLP

120 S. RIVERSIDE PLAZA - SUITE 1200

CHICAGO, ILLINOIS 60606-3910

(312) 876-7100

DURACO PRODUCTS, INC.  
ATTN: KEVIN LYNCH  
1109 EAST LAKE STREET  
STREAMWOOD IL  60107

February 11, 2009

Invoice: 810144

Page 1

MLG

Our Matter #  35096-0002          EXPENSES

FOR PROFESSIONAL SERVICES RENDERED THROUGH January 31, 2009

### REIMBURSABLE COSTS

| | |
|---|---:|
| WESTLAW | 141.16 |
| WESTLAW | 50.65 |
| WESTLAW | 115.37 |
| WESTLAW | 328.29 |
| PETTYCASH: CAB FARE TO AND FROM FEDERAL COURT - DURACO | 14.00 |
| LEXIS | 621.00 |
| WESTLAW | 280.52 |
| WESTLAW | 39.40 |
| WESTLAW | 75.98 |
| LONG DISTANCE TELEPHONE CHARGES | 0.04 |
| PHOTOCOPY CHARGES | 497.20 |
| SPECIAL POSTAGE/PRIORITY MAIL/EXPRESS MAIL CHARGES | 1,409.44 |
| Total Reimbursable Costs | 3,573.05 [1] |

[1] Counsel mistakenly submitted for $4,069.25, resulting in an inadvertent overcharge of $496.20. This was carried forwarward as a credit of $450.05 to February expenses, and $46.15 will be applied as credit to March expenses.

### TOTALS FOR THIS MATTER

| | |
|---|---:|
| Fees For Professional Services | 0.00 |
| Reimbursable Costs | 3,573.05 |