UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | Judge Eugene R. Wedoff |
| DURACO PRODUCTS, INC., | ) | Case No. 08 B 31353 |
| | ) | |
| Debtor. | ) | |

### AMENDED EIGHTEENTH AND FINAL ORDER EXTENDING PRIOR INTERIM ORDERS AUTHORIZING DEBTOR TO (I) USE CASH COLLATERAL, (II) BORROW MONEY, (III) GRANT SECURITY INTERESTS, (IV) ACCORD PRIORITY STATUS AND (V) OBTAIN RELATED RELIEF

This matter coming to be heard for continued hearing on the Debtor's motion for authority to use cash collateral, borrow money, grant security interests, accord priority status and obtain related relief (the "**Motion**"); the Court having previously entered an Interim Order granting the Motion and Authorizing Debtor To (i) Use Cash Collateral, (ii) Borrow Money, (iii) Grant Security Interests, (iv) Accord Priority Status And (v) Obtain Related Relief ("**First Order**") on November 26, 2008, and the Court having subsequently entered a Second Interim Order Authorizing Debtor To (i) Use Cash Collateral, (ii) Borrow Money, (iii) Grant Security Interests, (iv) Accord Priority Status And (v) Obtain Related Relief ("**Second Order**") which expired on January 28, 2009; the Debtor and the Committee of Unsecured Creditors having previously waived claims against Franklin Capital Corporation, as described in the Second Order; the parties having asked the Court to continue the Second Order and the Final Hearing for a further date; the Second Order having been extended from time to time and modified by subsequent Interim Orders; and, and the Court being otherwise fully advised in the premises;

032302.0003 Doc#103

IT IS HEREBY ORDERED, STIPULATED AND AGREED THAT:

1. The Second Order, as extended previously and modified by subsequent Interim Orders, is continued, and shall remain in effect, and each of the Debtor, Kevin Lynch and Michael Lynch shall continue to Comply with the First Order and the Second Order and the extensions of each such Order, and the budget attached hereto as Exhibit A [retroactive to 1/5/09] (SNS)

2. The Second Order as modified by all subsequent Interim Orders and extended by this Order, shall remain in effect and full force and effect and are extended and shall, with the Debtor's ability to use cash collateral, expire on November 6, 2009 without further order of Court.

3. The Final Hearing on the Motion is concluded and this is a final order.

CONSENT AS TO FORM AND SUBSTANCE OF THIS ORDER

DURACO PRODUCTS, INC.        KEVIN LYNCH        MICHAEL LYNCH
By: _____          _____    _____
Its: PRESIDENT

ENTERED:
_____
United States Bankruptcy Judge
11/6/09

Order Prepared by:
Scott N. Schreiber (ARDC #6191042)
Shelly A. DeRousse (ARDC #6274798)
Stahl Cowen Crowley Addis LLC
55 W. Monroe St.
Suite 1200
Chicago, IL 60603
312-641-0060 (phone)
312-423-8189 (direct fax)

032302.0003 Doc#103

| | Week Of 11/1/2009 | Week Of 10/8/2009 | 2 Weeks Ended 10/17/2009 |
|---|---|---|---|
| Net Proprietary Forecasted Sales (i) | 85,000.00 | 145,000.00 | $230,000 |
| Intercompany Sales | 0.00 | 0.00 | $0 |
| Receivable Line of Credit | 85,000.00 | 145,000.00 | $230,000 |
| Less: | | | |
| Freight | 6,375.00 | 10,875.00 | $17,250 |
| Franklin - Estimated Accrued Fees (ii) | 6,800.00 | 11,600.00 | $18,400 |
| | 59,500.00 | 101,500.00 | $161,000 |
| | 13,175.00 | 22,475.00 | $35,650 |
| Net Proprietary Sales | 46,325.00 | 79,025.00 | $125,350 |
| Net Funds Available | 46,325.00 | 79,025.00 | $125,350 |
| Cost of Sales Proprietary | | | |
| Raw Material | | | |
| (i) Resin | 0.00 | 28,500.00 | $28,500 |
| (ii) Colorant | 0.00 | 0.00 | $0 |
| (iii) Corrugated | 0.00 | 0.00 | $0 |
| Direct Labor | 22,000.00 | 18,500.00 | $40,500 |
| Indirect & Supervisory | 10,000.00 | 0.00 | $10,000 |
| Phone/ DSL | 0.00 | 0.00 | $0 |
| Utilities | | | |
| (i) ComEd | 0.00 | 0.00 | $0 |
| (ii) Nicor | 0.00 | 0.00 | $0 |
| Rent / Real Estate Tax Escrow | 0.00 | 0.00 | $0 |
| Equipment Lease | 0.00 | 0.00 | $0 |
| Insurance | | | |
| (i) Health Insurance (BCBS) | 5,000.00 | 5,000.00 | $10,000 |
| (ii) Workman's Comp / GL | 0.00 | 6,500.00 | $6,500 |
| Outside Purchases & Services | 0.00 | 0.00 | $0 |
| Other Manufacturing costs | 0.00 | 0.00 | $0 |

*Exhibit A*

| | | | |
|---|---|---|---|
| Cost of Sales Proprietary (iii) | | 37,000.00 | $95,500 |
| Net Profit | | | $29,850 |
| | | 9,325.00 | 20,525.00 |
| Less: | | | |
| US Trustees Office | 0.00 | 3,875.00 | $3,875 |
| Arnstein & Lehr LLP | 0.00 | 0.00 | $0 |
| Stahl Cowen | 0.00 | 0.00 | $0 |
| Querrey & Harold, Ltd | 0.00 | 0.00 | $0 |
| | 0.00 | 3,875.00 | $3,875 |
| | 9,325.00 | 16,650.00 | $25,975 |

(i) Net Proprietary Forecasted Sales are stronger than historical sales (CY 2008) due to existing back orders and new house account's

(ii) Franklin estimates the Franklin Estimated Accrued Fees to be an approximate 8%. The above Franklin Estimated Accrued Fees are strictly an estimate and the above amount is not a true reflection on weekly cash flow

(iii) Cost of Sales Proprietary reflects significant cost reductions implemented by the debtor.