**FILED**

**JAN 27 2010**

**EUGENE R. WEDOFF,
BANKRUPTCY JUDGE**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  )
        )
        )           Case No. 09 B 31353
DURACO PRODUCTS, INC.  )
        )
        )
        )           Chapter 11
        )
Debtor.  )
        )

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO QUERRY & HARROW LTD., ATTORNEYS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $32,252.50 | TOTAL COSTS REQUESTED: | $75.60 |
| TOTAL FEES REDUCED: | $371.37 | TOTAL COSTS REDUCED: | $0.00 |
| TOTAL FEES ALLOWED: | $31,881.13 | TOTAL COSTS ALLOWED: | $75.60 |

**TOTAL FEES AND COSTS ALLOWED: $31,956.73**

THE COURT HAS MARKED THE ATTACHED TIME AND EXPENSE ENTRIES THAT HAVE BEEN DISALLOWED IN WHOLE OR IN PART. THE BASIS FOR EACH DISALLOWANCE IS DISCLOSED BY THE NUMERICAL NOTATION THAT APPEARS ON THE LEFT SIDE OF EACH HIGHLIGHTED ENTRY. THE NUMERICAL NOTATIONS REFER TO THE ENUMERATED PARAGRAPHS BELOW.

(1)   **Unreasonable Time**

As to the time devoted to the preparation of the fee application itself, the Court denies the allowance of compensation that is disproportionate to the total hours in the main case. *In re Wildman*, 72 B.R. 700, 711 (Bankr. N.D. Ill. 1987) ("In the absence of unusual circumstances, the hours allowed by this Court for preparing and litigating the attorney fee application should not exceed three percent of the total hours in the main case."); *In re Spanjer Bros., Inc.*, 203 B.R. 85, 93 (Bankr. N.D. Ill. 1996) (compensation limited to 5%). *See also In re Pettibone Corp.*, 74 B.R. 293, 304 (Bankr. N.D. Ill. 1987) (citing *Coulter v. State of Tennessee*, 805 F.2d 146, 151 (6th Cir. 1986) (in non-bankruptcy cases, compensation for preparation and litigation of fee petitions limited to 3-5% of the hours of the main case)).

Dated: January 27, 2010

Eugene R. Wedoff
United States Bankruptcy Judge

1

# Querrey & Harrow

175 West Jackson Blvd. - Suite 1600
Chicago, Illinois 60604-2827
312-540-7000

www.querrey.com

Tax I.D. No. 36-2777440

Please provide invoice number on remittance check

RE: Duraco Products, Inc., In Re: Chapter 11      MATTER NUMBER - 38577

|  |  |  |  | 6.10 | 2,160.00 |
|---|---|---|---|---|---|

Fee Petition

| | | | | | |
|---|---|---|---|---|---|
| FEE | 6/17/09 | Due diligence review of time entries for May monthly fee statement. | BER | .60 | 192.00 |
| FEE | 6/18/09 | Draft May monthly fee statement. | BER | .40 | 128.00 |
| FEE | 7/10/09 | Due diligence review of June 2009 billing entries. | BER | .60 | 192.00 |
| FEE | 7/15/09 | Continue business judgment review of June billings. | BER | .20 | 64.00 |
| FEE | 7/15/09 | Draft June monthly fee statement. | BER | .50 | 160.00 |
| FEE | 7/22/09 | Business judgment review of billing statement for second interim fee petition. | BER | .30 | 96.00 |
| FEE | 7/22/09 | Begin drafting second interim fee petition. | BER | .30 | 96.00 |
| FEE | 7/23/09 | Continue drafting second interim fee petition. | BER | 1.40 | 448.00 |
| FEE | 8/10/09 | Business judgment review of July time entries. | BER | .50 | 160.00 |
| FEE | 8/13/09 | Draft monthly fee statement. | BER | .70 | 224.00 |
| FEE | 9/04/09 | Business judgment review of time entries for August 2009. | BER | .30 | 96.00 |
| FEE | 9/08/09 | Prepare monthly fee statement for August 2009. | BER | .40 | 128.00 |
| | | SUB TOTAL TIME | | 6.20 | 1,984.00 |

*[handwritten:]* 5% of $32,252.50 = $1,612.63

$1,984
−$1,612.63
─────────
deduct: $371.37     ①