**FILED**

FEB - 9 2010

**EUGENE R. WEDOFF, BANKRUPTCY JUDGE**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: )
)
) Case No. 08 B 31353
DURACO PRODUCTS, INC. )
)
)
) Chapter 11
)
Debtor. )
)

## FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO ARNSTEIN & LEHR LLP, ATTORNEYS FOR THE DEBTOR, FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES

TOTAL FEES REQUESTED: $267,875.00    TOTAL COSTS REQUESTED: $3,224.00
TOTAL FEES REDUCED: $3,595.80    TOTAL COSTS REDUCED: $0.00
TOTAL FEES ALLOWED: $264,279.20    TOTAL COSTS ALLOWED: $3,224.00

### TOTAL FEES AND COSTS ALLOWED: $267,503.20

THE COURT HAS MARKED THE ATTACHED TIME AND EXPENSE ENTRIES THAT HAVE BEEN DISALLOWED IN WHOLE OR IN PART. THE BASIS FOR EACH DISALLOWANCE IS DISCLOSED BY THE NUMERICAL NOTATION THAT APPEARS ON THE LEFT SIDE OF EACH HIGHLIGHTED ENTRY. THE NUMERICAL NOTATIONS REFER TO THE ENUMERATED PARAGRAPHS BELOW.

(1)    **Clerical Work Not Compensable**
    The court disallows the compensation of clerical or stenographic employees of the professional for the performance of routine clerical or administrative activities in the normal course of the professional's business, such as photocopying, secretarial work, or routine filing. Such activities are not in the nature of professional services and must be absorbed by the applicant's firm as an overhead expense. *In re Dimas, LLC*, 357 B.R. 563, 577 (Bankr. N.D. Cal. 2006) (citing *Missouri v. Jenkins*, 491 U.S. 274, 288 n. 10 (1989)). *See also In re Chellino*, 209 B.R. 106, 114 (Bankr. C.D. Ill. 1996) (Paralegal, but not "clerk" services entitled to compensation at an hourly rate; clerk activities are overhead of the professional); *Souza v. Miguel*, 32 F.3d 1370, 1375 (9th Cir. 1994) (Trustee not entitled to reimbursement or compensation of overhead expenses such as secretarial, stenographic, clerical, and routine messenger services).

(2)    **Lumping**
    The Court may impose a ten percent penalty for "lumping." *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

(3)    **Insufficient Description**
    The Court denies the allowance of compensation for the following task since the description of the time entry fails to identify in a reasonable manner the service rendered. *In re Pettibone*, 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted]

1

Records which give no explanation of the activities performed are not compensable."); *In re Wildman*, 72 B.R. 700, 708-9 (Bankr. N.D. Ill. 1987) (same).

Dated: February 9, 2010

Eugene R. Wedoff
United States Bankruptcy Judge

LAW OFFICES

## ARNSTEIN & LEHR LLP

120 S. RIVERSIDE PLAZA - SUITE 1200

CHICAGO, ILLINOIS 60606-3910

(312) 876-7100

DURACO PRODUCTS, INC.
ATTN: KEVIN LYNCH
1109 EAST LAKE STREET
STREAMWOOD IL 60107

August 24, 2009

Invoice: 828932

Page 5

| | | |
|---|---|---|
| 06/15/09 | DURACO - CONFERENCE WITH M. LYNCH REGARDING BCBS AND CALL TO BCBS REGARDING ISSUES RELATING TO ARREARS. | |
| | MIRIAM R. STEIN | 0.30 hr. |
| 06/15/09 | DURACO - CALL WITH STAGG REGARDING ISSUES RELATING TO ARREARS. | |
| | MIRIAM R. STEIN | 0.30 hr. |
| 06/15/09 | DURACO - CONFERENCE CALL WITH THE LYNCHS REGARDING ISSUES RELATED TO KENOSHA LEASE. | |
| | MIRIAM R. STEIN | 1.00 hr. |
| 06/15/09 | DURACO - MEETING WITH K. MORSE REGARDING MOTION TO APPROVE KENOSHA LEASE. | |
| | MIRIAM R. STEIN | 0.20 hr. |
| 06/15/09 | DURACO - CONFERENCE CALL WITH KENOSHA LANDLORD REGARDING PROVISIONS OF LEASE. | |
| | MIRIAM R. STEIN | 2.00 hr. |
| 06/16/09 | DURACO - REVISE ALL SERVICE LISTS TO REFLECT WITHDRAWAL OF CHASE EQUIPMENT LEASING ATTORNEYS. | |
| | BECKY L. SUTTON | 0.20 hr. |
| 06/16/09 | DURACO - REVIEW AND REVISE MOTION TO ENTER INTO NEW LEASE IN PREPARATION OF FILING. | |
| | KEVIN H. MORSE | 1.10 hr. |
| 06/16/09 | DURACO - MEETING WITH C. MUNZER REGARDING STATUS OF KENOSHA LEASE. | |
| | MIRIAM R. STEIN | 0.50 hr. |
| 06/16/09 | DURACO - MEETING WITH G. APOSTOLIDES REGARDING COURT HEARING. | |
| | MIRIAM R. STEIN | 0.60 hr. |
| 06/17/09 | DURACO - REVIEW DOCKET ENTRIES MADE PURSUANT TO 6/17/09 HEARING AND DOCKET NEW COURT DATES. | |
| | BECKY L. SUTTON | 0.10 hr. |
| 06/18/09 | DURACO - TELEPHONE CONFERENCE WITH K. LYNCH RE APRIL AND MAY MONTHLY OPERATING REPORTS. | |
| | BECKY L. SUTTON | 0.10 hr. |
| 06/18/09 | DURACO - CONFERENCE WITH G. APOSTOLIDES REGARDING APPRAISALS. | |
| | MIRIAM R. STEIN | 0.40 hr. |

**Exhibit B**

LAW OFFICES

# ARNSTEIN & LEHR LLP

120 S. RIVERSIDE PLAZA - SUITE 1200

CHICAGO, ILLINOIS 60606-3910

(312) 876-7100

DURACO PRODUCTS, INC.                                      August 24, 2009
ATTN: KEVIN LYNCH
1109 EAST LAKE STREET                                      Invoice:  828932
STREAMWOOD IL  60107

                                                          Page 6

| | | |
|---|---|---|
| 06/18/09 | DURACO - CALL WITH BCBS REGARDING STATUS AND ISSUES RELATING TO HEALTH PREMIUM ARREARS. | |
| | MIRIAM R. STEIN | 0.30 hr. |
| 06/19/09 | DURACO - DOWNLOAD AND REVIEW ORDER GRANTING MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL FOR STAGG III STREAMWOOD (.1); REVISE SERVICE LISTS TO REFLECT CHANGES (.3). | |
| | BECKY L. SUTTON | 0.40 hr. |



| | | |
|---|---|---|
| 06/19/09 | DURACO - CALL WITH BCBS REGARDING PAYMENT PLAN AND UPCOMING FRANKLIN LITIGATION. | |
| | MIRIAM R. STEIN | 0.40 hr. |
| 06/19/09 | DURACO - CALL WITH M. LYNCH REGARDING HEALTH PLAN LITIGATION AND OTHER PENDING ISSUES. | |
| | MIRIAM R. STEIN | 0.50 hr. |
| 06/22/09 | DURACO - DRAFT MOTION TO AVOID CITATION LIENS. | |
| | KEVIN H. MORSE | 2.30 hr. |
| 06/22/09 | DURACO - REVIEW KEEVAN MORGAN EMAILS AND DISCUSSIONS WITH LYNCHS REGARDING SAME. | |
| | MIRIAM R. STEIN | 0.50 hr. |
| 06/23/09 | DURACO - DRAFT MOTION TO AVOID AND RELEASE CITATION TO DISCOVER LIEN. | |
| | KEVIN H. MORSE | 0.90 hr. |
| 06/23/09 | DURACO - CALL WITH PROCTOR'S LAWYER REGARDING INSURANCE COVERAGE FOR WORKMAN'S COMP. | |
| | MIRIAM R. STEIN | 0.20 hr. |
| 06/23/09 | DURACO - CONFERENCE WITH LYNCHS REGARDING PENDING ISSUES INVOLVING BCBS AND STATE OF ILLINOIS AND STAGG. | |
| | MIRIAM R. STEIN | 0.50 hr. |
| 06/23/09 | DURACO - CALL WITH BCBS REGARDING UPDATE ON ISSUES WITH FRANKLIN CAPITAL. | |
| | MIRIAM R. STEIN | 0.30 hr. |
| 06/24/09 | DURACO - MEETING WITH C. MUNZER REGARDING KENOSHA LEASE. | |
| | MIRIAM R. STEIN | 0.30 hr. |

**Exhibit B**

LAW OFFICES

## ARNSTEIN & LEHR LLP

120 S. RIVERSIDE PLAZA - SUITE 1200

CHICAGO, ILLINOIS 60606-3910

(312) 876-7100

DURACO PRODUCTS, INC.                                                    August 24, 2009
ATTN: KEVIN LYNCH
1109 EAST LAKE STREET                                                    Invoice:  828932
STREAMWOOD IL  60107
                                                                        Page 7

| Date | Description | Hours |
|------|-------------|-------|
| 06/24/09 | DURACO - REVIEW AND REVISE MOTION TO AVOID CITATION LIENS ON BANK ACCOUNTS AND EMAIL TO KEVIN LYNCH REGARDING SAME. | |
| | MIRIAM R. STEIN | 0.50 hr. |
| 06/24/09 | DURACO - REVIEW BRANFORD GROUP MOTION AND AFFIDAVIT. | |
| | MIRIAM R. STEIN | 0.50 hr. |
| 06/25/09 | DURACO - TELEPHONE CONFERENCE WITH M. STEIN RE  CONTINUED HEARING ON STAGG III'S MOTION TO ENFORCE AGREED PAYMENT ORDER (.1); REVIEW JUDGE WEDOFF'S CALENDARS TO TRACK HEARINGS (.1) | |
| | BECKY L. SUTTON | 0.20 hr. 0.1 |
| 06/25/09 | DURACO - REVIEW OF BLACKMAN KALLICK ISSUES. | |
| | MIRIAM R. STEIN | 0.50 hr. |
| 06/26/09 | DURACO/FRANKLIN: TELEPHONE CONFERENCE WITH M. LYNCH RE: STATUS AND FRANKLIN RESOLUTION (.4); TELEPHONE CONFERENCE WITH ATTORNEY SCHREIBER RE: COMFORT ORDER/SETTLEMENT (.3). | |
| | MICHAEL L. GESAS | 0.70 hr. |
| 06/26/09 | DURACO - CALL WITH U.S. TRUSTEE REGARDING OPERATING REPORTS. | |
| | MIRIAM R. STEIN | 0.20 hr. |
| 06/26/09 | DURACO - CALL WITH BCBS REGARDING PROPOSED PAYMENT PLAN. | |
| | MIRIAM R. STEIN | 0.30 hr. |
| 06/26/09 | DURACO - CALL WITH STAGG REGARDING TUESDAY HEARING. | |
| | MIRIAM R. STEIN | 0.30 hr. |
| 06/26/09 | DURACO - MULTIPLE CONFERENCE CALLS WITH KEVIN AND MICHAEL LYNCH REGARDING BCBS, MONTHLY OPERATING REPORTS AND FRANKLIN ISSUES. | |
| | MIRIAM R. STEIN | 1.40 hr. |
| 06/26/09 | DURACO - CALL WITH BAYONE REGARDING STATUS. | |
| | MIRIAM R. STEIN | 0.30 hr. |
| 06/29/09 | DURACO: TELEPHONE CONFERENCE WITH CLIENTS AND G. APOSTOLIDES RE: NEED FOR FUNDING FOR STAGG HEARING TOMORROW. | |
| | MICHAEL L. GESAS | 0.50 hr. |

**Exhibit B**

LAW OFFICES

## ARNSTEIN & LEHR LLP

120 S. RIVERSIDE PLAZA - SUITE 1200

CHICAGO, ILLINOIS 60606-3910

(312) 876-7100

DURACO PRODUCTS, INC.
ATTN: KEVIN LYNCH
1109 EAST LAKE STREET
STREAMWOOD IL 60107

August 24, 2009

Invoice:  828932

Page 8

| 06/29/09 | DURACO - CONFERENCE WITH M. GESAS REGARDING PROPOSED NEW FINANCING AND NEW LEASE AGREEMENT. | |
| | MIRIAM R. STEIN | 0.30 hr. |
| 06/29/09 | DURACO - REVIEW OF MONTHLY OPERATING REPORT. | |
| | MIRIAM R. STEIN | 0.30 hr. |
| 06/30/09 | DURACO - APPEARED AT HEARING ON STATUS. | |
| | BARRY A. CHATZ | 0.50 hr. |
| 06/30/09 | DURACO - REVIEW AND RESPOND TO EMAILS FROM K. LYNCH AND M. LYNCH RE  APRIL AND MAY MONTHLY OPERATING REPORTS (.2); REVIEW DRAFT FIGURES AND CALCULATE TAX WITHHOLDINGS (.3); PREPARE DRAFT MONTHLY OPERATING REPORT FOR APRIL (1.5) | |
| | BECKY L. SUTTON | 2.00 hr. |
| 06/30/09 | DURACO - EMAILS REGARDING STAG ISSUES. | |
| | MIRIAM R. STEIN | 0.20 hr. |
| 07/01/09 | DURACO - TELEPHONE CONFERENCE WITH CLIENTS/GEORGE RE: COURT RESULTS/STAGG; TELEPHONE CONFERENCE WITH COMMITTEE COUNSEL RE: SAME AND FRANKLIN SETTLEMENT. | |
| | MICHAEL L. GESAS | 0.80 hr. |
| 07/01/09 | DURACO - TELEPHONE CONFERENCE WITH CLIENTS RE: COMMITTEE SETTLEMENT; TELEPHONE CONFERENCE WITH ATTORNEY SCHREIBER RE: SAME/REVIEW SETTLEMENT PROPOSAL. | |
| | MICHAEL L. GESAS | 1.00 hr. |
| 07/01/09 | DURACO -  TELEPHONE CONFERENCE WITH MICHAEL/KEVIN RE: COM ED PAYMENT/TERMINATION FEE CALCULATION/COMMITTEE SETTLEMENT; TELEPHONE CONFERENCE WITH ATTORNEY SCHREIBER RE: WAIVER OF EXIT FEE. | |
| | MICHAEL L. GESAS | 1.00 hr. |

② -10%

| 07/01/09 | DURACO - CALLS WITH COMED REGARDING POWER. | |
| | MIRIAM R. STEIN | 0.30 hr. |
| 07/01/09 | DURACO - CALLS WITH CLIENT REGARDING COMED AND ISSUES REGARDING FRANKLIN. | |
| | MIRIAM R. STEIN | 0.50 hr. |
| 07/01/09 | DURACO - E-MAILS WITH BCBS REGARDING PAYMENT OF PREMIUM. | |
| | MIRIAM R. STEIN | 0.30 hr. |

**Exhibit B**

LAW OFFICES

## ARNSTEIN & LEHR LLP

120 S. RIVERSIDE PLAZA - SUITE 1200

CHICAGO, ILLINOIS 60606-3910

(312) 876-7100

DURACO PRODUCTS, INC.                                              August 24, 2009
ATTN: KEVIN LYNCH
1109 EAST LAKE STREET                                              Invoice: 828932
STREAMWOOD IL 60107
                                                                   Page 10

| | | |
|---|---|---|
| 07/07/09 | DURACO - DRAFT MOTION TO EXTEND EXCLUSIVITY AND PREPARE FOR FILING AND SERVICE. | |
| | MIRIAM R. STEIN | 1.50 hr. |
| 07/07/09 | DURACO - E-MAILS AND CALLS WITH COMED REGARDING PAYMENT. | |
| | MIRIAM R. STEIN | 0.70 hr. |
| 07/08/09 | DURACO - COBRA ISSUES FOR SUE PRODOZA. | |
| | JAY P. TARSHIS | 0.20 hr. |
| 07/09/09 | DURACO - CONFERENCE WITH MIMI STEIN RE COBRA ELECTION ISSUES - COBRA SUBSIDY ELECTION. | |
| | JAY P. TARSHIS | 0.20 hr. |
| 07/09/09 | DURACO - CONFERENCE WITH JAY TARSHIS REGARDING COBRA ISSUES. | |
| | MIRIAM R. STEIN | 0.30 hr. |
| 07/10/09 | DURACO - TELEPHONE CONFERENCE WITH K. LYNCH RE MONTHLY OPERATING REPORTS | |
| | BECKY L. SUTTON | 0.30 hr. |
| 07/10/09 | DURACO - REVIEW COBRA MATERIALS SENT TO SUSAN PODRAZA. | |
| | JAY P. TARSHIS | 0.20 hr. |
| 07/12/09 | DURACO - RECEIPT OF MULTIPLE E-MAILS FROM MICHAEL LYNCH RE: ISSUES RELATING TO THE FINDINGS OF THE CASE. | |
| | G. P. APOSTOLIDES | 0.10 hr. |
| 07/13/09 | DURACO - TELEPHONE CONFERENCE WITH K. LYNCH RE MONTHLY OPERATING REPORTS AND U.S. TRUSTEE QUARTERLY FEES | |
| | BECKY L. SUTTON | 0.30 hr. |
| 07/13/09 | DURACO - REVIEWED STATUS OF VARIOUS MATTERS AND PARTICIPATION IN TELEPHONE CONFERENCE CALL WITH MICHAEL GESAS, MIMI STEIN, AND MICHAEL AND KEVIN LYNCH RE: GOING-FORWARD PLAN (.4); FOLLOW UP RE: COMMUNICATIONS WITH STAG COUNSEL (.1). | |
| | G. P. APOSTOLIDES | 0.50 hr. |
| 07/14/09 | DURACO - CONFERENCE WITH STAG COUNSEL FORREST LAMMIMAN AND FRANKLIN COUNSEL SHELLY DEROUSSE RE: FRANKLIN'S AGREEMENT TO PAY $25,000 IN RENT IN ADVANCE OF COURT HEARING (.1); E-MAIL FROM MICHAEL LYNCH RE: STATUS OF VARIOUS ISSUES (.1). | |
| | G. P. APOSTOLIDES | 0.20 hr. |

(3)

**Exhibit B**

LAW OFFICES

# ARNSTEIN & LEHR LLP

120 S. RIVERSIDE PLAZA - SUITE 1200

CHICAGO, ILLINOIS 60606-3910

(312) 876-7100

DURACO PRODUCTS, INC.                                          October 22, 2009
ATTN: KEVIN LYNCH
1109 EAST LAKE STREET                                          Invoice: 835075
STREAMWOOD IL 60107

Page 2

| | | |
|---|---|---|
| 08/07/09 | DURACO - TELEPHONE CONFERENCE WITH H. WILKES OF U.S. TRUSTEE'S OFFICE RE RECEIPT OF U.S. TRUSTEE QUARTERLY FEES (.2); TELEPHONE CONFERENCE WITH K. LYNCH RE SAME AND JULY OPERATING REPORT (.2) | |
| | BECKY L. SUTTON | 0.40 hr. |
| 08/09/09 | DURACO - REVIEWED DRAFT RSM MCGLADREY RETENTION MOTION AND FOLLOW UP RE: EXECUTED AFFIDAVIT OF SCOTT PELTZ. | |
| | G. P. APOSTOLIDES | 0.20 hr. |
| 08/09/09 | DURACO - EMAILS TO G. APOSTOLIDES REGARDING FILING OF ACCOUNTANT MOTION AND LEASE MOTION ON MONDAY. | |
| | MIRIAM R. STEIN | 0.30 hr. |
| 08/10/09 | DURACO: TELEPHONE CONFERENCE WITH CLIENTS RE: LEASE/FINANCING/PELT MOTIONS AND DISCUSS COMMITTEE CALL TODAY; CONFERENCE CALL WITH COMMITTEE COUNSEL RE: ALL ISSUES AND SUPPORT FOR WEDNESDAY HEARING. | |
| | MICHAEL L. GESAS | 0.90 hr. |

-10%  (2)

| | | |
|---|---|---|
| 08/10/09 | DURACO - CONFERENCE WITH M. GESAS REGARDING DURACO STATUS. | |
| | MIRIAM R. STEIN | 0.30 hr. |
| 08/10/09 | DURACO - CONFERENCE WITH G. APOSTOLIDES REGARDING MOTION TO APPROVE LEASE AND MOTION TO EMPLOY SCOTT PELTZ. | |
| | MIRIAM R. STEIN | 0.50 hr. |
| 08/11/09 | DURACO - PRINT FAX RECEIPT CONFIRMATIONS AND PREPARE CERTIFICATE OF SERVICE BY FACSIMILE OF MOTION FOR AUTHORITY TO ENTER INTO NEW LEASE AND MOTION TO EMPLOY FORENSIC ACCOUNTANTS FOR FILING (.6); FILE ELECTRONICALLY WITH U.S. BANKRUPTCY COURT AND DOCKET HEARING DATE (.3); PREPARE COURT FILES FOR 8/12/09 HEARING (1.3) | |
| | BECKY L. SUTTON | 2.20 hr. |

(1)

| | | |
|---|---|---|
| 08/11/09 | DURACO - FOLLOW UP WITH MS. STEIN AND MR. GESAS RE: DURACO LEASE ISSUES. | |
| | CYNDE H. MUNZER | 0.20 hr. |
| 08/11/09 | DURACO - E-MAILS FROM, TO, AND FROM CREDITORS COMMITTEE COUNSEL BEVERLY BERNEMAN RE: ACCEPTANCE OF FIRST FIRST GROWTH PROPOSAL AND TELEPHONE CONFERENCE WITH MICHAEL LYNCH RE: SAME (.2); E-MAIL FROM SCOTT SCHREIBER RE: CASH COLLATERAL ORDER (.1); TELEPHONE CONFERENCE WITH GESAS, MIMI STEIN, AND MICHAEL AND KEVIN LYNCH (.2); E-MAILS RE: COMMITTEE AND FRANKLIN SUPPORT FOR THE RETENTION AND LEASE MOTIONS AND STRATEGY RE: SAME (.2); PREPARED MATERIALS FOR FILING NOTICE OF PROOFS OF SERVICE (.1). | |
| | G. P. APOSTOLIDES | 0.80 hr. |

**Exhibit B**

LAW OFFICES

## ARNSTEIN & LEHR LLP

120 S. RIVERSIDE PLAZA - SUITE 1200

CHICAGO, ILLINOIS 60606-3910

(312) 876-7100

DURACO PRODUCTS, INC.
ATTN: KEVIN LYNCH
1109 EAST LAKE STREET
STREAMWOOD IL  60107

October 22, 2009

Invoice:  835075

Page 3

| Date | Description | | |
|---|---|---|---|
| 08/11/09 | DURACO - CALL TO STEVE CHAIKEN REGARDING MEETING BETWEEN DURACO AND CHASE. | | |
| | MIRIAM R. STEIN | 0.20 hr. | |
| 08/11/09 | DURACO - CONFERENCE CALL WITH LYNCH'S. | | |
| | MIRIAM R. STEIN | 0.60 hr. | |
| 08/11/09 | DURACO - MEETING WITH M. GESAS REGARDING PREPARATION FOR DURACO HEARING INCLUDING REVIEW OF STAG NOTICE OF EVICTION ISSUES AND REVIEW OF MCGLADREY ISSUES. | | |
| | MIRIAM R. STEIN | 0.50 hr. | |
| 08/11/09 | DURACO - CALL WITH FORREST LAMMIMAN REGARDING STAG PAYMENT AND PENDING MOTIONS FILED BY DEBTOR. | | |
| | MIRIAM R. STEIN | 0.30 hr. | |
| 08/12/09 | DURACO - ATTEND STATUS HEARING,  CASH COLLATERAL, AUDITOR AND LEASE HEARING/JUDGE WEDOFF. | | |
| | MICHAEL L. GESAS | 1.00 hr. | |
| 08/12/09 | DURACO - TELEPHONE CONFERENCE WITH ATTORNEY FOR FRANKLIN RE: OBJECTION, REQUEST TO HAVE TIME TO RESPOND, DISCUSS CASH COLLATERAL BUDGET. ; | | |
| | MICHAEL L. GESAS | 0.40 hr. | |
| 08/12/09 | DURACO - CALL WITH DURACO REGARDING STATUS WITH FRANKLIN AND ISSUES RELATING TO COMED. | | |
| | MIRIAM R. STEIN | 0.50 hr. | |
| 08/14/09 | DURACO - TELEPHONE CONFERENCE WITH BLUE CROSS BLUE SHIELD COUNSEL CAROLINE PENNINCK RE: PAYMENT ISSUE (.2); MULTIPLE TELEPHONE CONFERENCES WITH KEVIN AND MICHAEL LYNCH AND PENNINCK RE: PAYMENT AND THE NEXT WEEK'S PAYMENT (.3); E-MAILS TO AND FROM PENNINCK (.1). | | |
| | G. P. APOSTOLIDES | 0.60 hr. | |
| 08/14/09 | DURACO - E-MAILS WITH CLIENT REGARDING CROWN CREDIT ISSUES AND PICK UP OF EQUIPMENT. | | |
| | MIRIAM R. STEIN | 0.30 hr. | |
| 08/17/09 | DURACO - E-MAIL FROM MICHAEL LYNCH RE: BLUE CROSS BLUE SHIELD PAYMENT AND FOLLOW UP RE: STAG OBJECTION TO NEW LEASE, REVISED BUDGET, AND REPLACEMENT LENDER ISSUES. | | |
| | G. P. APOSTOLIDES | 0.20 hr. | |

**Exhibit B**

LAW OFFICES

# ARNSTEIN & LEHR LLP

120 S. RIVERSIDE PLAZA - SUITE 1200

CHICAGO, ILLINOIS 60606-3910

(312) 876-7100

DURACO PRODUCTS, INC.
ATTN: KEVIN LYNCH
1109 EAST LAKE STREET
STREAMWOOD IL 60107

December 10, 2009

Invoice:  840440

Page 2

| | | |
|---|---|---|
| 09/11/09 | DURACO: TELEPHONE CONFERENCE WITH MICHAEL AND STAGG REGARDING LANDLORDS PROPOSAL TO STAY IN PREMISES (.5); TELEPHONE CONFERENCE WITH COMMITTEE COUNSEL BENJAMIN REGARDING RESULTS OF NEGOTIATIONS (.2). | |
| | MICHAEL L. GESAS | 0.70 hr. |
| 09/11/09 | DURACO - CONFERENCE CALL WITH STAG ON NEGOTIATION OF CONTINUED LEASE AGREEMENT. | |
| | MIRIAM R. STEIN | 0.60 hr. |
| 09/15/09 | DURACO - ATTEND STATUS HEARING ON CASE, CONTINUED TO 9/16 AT 10:00 A.M. | |
| | BARRY A. CHATZ | 0.70 hr. |
| 09/15/09 | DURACO - REVIEW OF MONTHLY OPERATING REPORT AND E-MAIL WITH K. LYNCH REGARDING SAME. | |
| | MIRIAM R. STEIN | 0.30 hr. |
| 09/16/09 | CALCULATE TAX PAYMENTS FOR JULY MONTHLY OPERATING REPORT AND FINALIZE SAME FOR FILING (.8); ELECTRONICALLY FILE WITH BANKRUPTCY COURT (.3); CONDUCT EXECUTION OF SERVICE ON ALL PARTIES (.2); TRANSMIT FILED REPORT TO CLIENT FOR USE IN PREPARATION OF AUGUST REPORT (.2) | |
| | BECKY L. SUTTON | ~~1.50 hr.~~  0.8 |
| 09/16/09 | DURACO - CALL WITH M. GESAS REGARDING CASE STATUS. | |
| | MIRIAM R. STEIN | 0.30 hr. |
| 09/16/09 | DURACO - CALL WITH CLIENT REGARDING BCBS AND FRANKLIN ISSUES. | |
| | MIRIAM R. STEIN | 0.30 hr. |
| 09/17/09 | DURACO - TELEPHONE CONFERENCE WITH CLIENTS RE: FRANKLIN DRAFT NOTE, STAGG PROPOSAL AND PROJECTIONS. | |
| | MICHAEL L. GESAS | 0.60 hr. |
| 09/17/09 | DURACO - REVIEW OF TWO WEEK BUDGET. | |
| | MIRIAM R. STEIN | 0.20 hr. |
| 09/17/09 | DURACO - CONFERENCE CALL WITH CLIENT REGARDING SETTLEMENT ISSUES AND STAG. | |
| | MIRIAM R. STEIN | 0.50 hr. |
| 09/21/09 | DURACO - REVIEWED STRATEGY OF VARIOUS MATTERS AND REVIEWED 9019 STANDARDS FOR PURPOSES OF DRAFT 9019 MOTION. | |
| | G. P. APOSTOLIDES | 0.40 hr. |

(1)

# Exhibit B

LAW OFFICES

# ARNSTEIN & LEHR LLP

120 S. RIVERSIDE PLAZA - SUITE 1200

CHICAGO, ILLINOIS 60606-3910

(312) 876-7100

DURACO PRODUCTS, INC.                                    December 16, 2009
ATTN: KEVIN LYNCH
1109 EAST LAKE STREET                                    Invoice:  841042
STREAMWOOD IL  60107
                                                         Page 2

| 10/13/09 | DURACO - ASSIST M. GESAS IN PREPARATION FOR COURT HEARING | |
|---|---|---|
| | BECKY L. SUTTON | 1.00 hr. |
| 10/13/09 | DURACO - DRAFT AGENDA REGARDING HEARING. | |
| | MIRIAM R. STEIN | 0.40 hr. |
| 10/13/09 | DURACO - MEETING WITH M. GESAS TO PREPARE FOR HEARING. | |
| | MIRIAM R. STEIN | 0.40 hr. |
| 10/14/09 | DURACO - ATTEND COURT HEARING. | |
| | MIRIAM R. STEIN | 1.00 hr. |
| 10/15/09 | DURACO - CALLS WITH CLIENT REGARDING PREPARATION FOR TUESDAY'S HEARING AND CASH PROJECTIONS. | |
| | MIRIAM R. STEIN | 0.30 hr. |
| 10/19/09 | DURACO: REVIEW FORECASTS FOR BIBBY AND PLAN SUPPORT (.30); TELEPHONE CONFERENCE WITH CLIENT RE: CLARIFICATION OF FORECASTS AND INCOME INCREASES, DISCUSS BCBS HEARING AND CHASE PROPOSAL (.70). | |
| | MICHAEL L. GESAS | 1.00 hr. |
| 10/19/09 | DURACO - CONFERENCE CALL WITH K. LYNCH REGARDING 24 MONTH PROJECTIONS. | |
| | MIRIAM R. STEIN | 0.50 hr. |
| 10/21/09 | DURACO - TELEPHONE CONFERENCE WITH K. LYNCH RE AUGUST DRAFT MONTHLY OPERATING REPORT (.4); REVIEW PAYROLL CHARGES AND CALCULATE TAX WITHHOLDING AMOUNTS TO FINALIZE AUGUST MONTHLY OPERATING REPORT (.8); FINALIZE AUGUST REPORT FOR FILING (.6); ELECTRONICALLY FILE SAME WITH DISBURSEMENT LISTING AND FORWARD FILED COPY TO U.S. TRUSTEE'S OFFICE (.5) | |
| | BECKY L. SUTTON | 1.8 ~~2.30~~ hr. ① |
| 10/21/09 | DURACO - REVIEW MONTHLY OPERATING REPORT FOR AUGUST. | |
| | MIRIAM R. STEIN | 0.30 hr. |
| 10/22/09 | DURACO - FURTHER MEETING WITH M. GESAS REGARDING MATTERS AND ISSUES RELATING TO CLOSING. | |
| | MIRIAM R. STEIN | 0.50 hr. |
| 10/22/09 | DURACO - E-MAIL TO FRANKLIN REGARDING CORPORATE RESOLUTIONS REQUESTED. | |
| | MIRIAM R. STEIN | 0.10 hr. |

**EXHIBIT B**

LAW OFFICES

## ARNSTEIN & LEHR LLP

120 S. RIVERSIDE PLAZA - SUITE 1200

CHICAGO, ILLINOIS 60606-3910

(312) 876-7100

DURACO PRODUCTS, INC.                                               December 22, 2009
ATTN: KEVIN LYNCH
1109 EAST LAKE STREET                                              Invoice:  841306
STREAMWOOD IL  60107

                                                                    Page 1

                                                                            MLG

Our Matter #   35096-0003         CASE ADMINISTRATION

            FOR PROFESSIONAL SERVICES RENDERED THROUGH November 30, 2009

11/02/09    REVIEW AND RESPOND TO EMAILS FROM M. STEIN RE SEPTEMBER MONTHLY OPERATING
            REPORT (.2); TELEPHONE CONFERENCE WITH K. LYNCH RE  REQUESTING DRAFT REPORT (.1)

            BECKY L. SUTTON                          0.30 hr.

11/02/09    REVIEW AND DOWNLOAD DRAFT MONTHLY OPERATING REPORT FROM K. LYNCH (.3); REVIEW
            PAYROLL DISTRIBUTIONS AND CALCULATE TAX AMOUNTS TO INCLUDE IN MONTHLY REPORT
            (.8); FINALIZE AND FORWARD REPORT FOR M. GESAS, M. STEIN, K. LYNCH AND M. LYNCH'S
            REVIEW (.2)

            BECKY L. SUTTON                          1.30 hr.

11/02/09    FINALIZE SEPTEMBER MONTHLY OPERATING REPORT AND EXHIBITS FOR FILING (.2);
            ELECTRONICALLY FILE SAME AND CONDUCT EXECUTION OF SERVICE (.3)

            BECKY L. SUTTON                          0.50 hr.  0.2                    ①

11/02/09    DURACO - REVIEW SEPTEMBER MONTHLY OPERATING REPORT.

            MIRIAM R. STEIN                          0.20 hr.

11/03/09    DURACO - CALL WITH KEVIN AND MICHAEL LYNCH REGARDING CENTRAL FREIGHT AND
            FINANCING ISSUES.

            MIRIAM R. STEIN                          0.50 hr.

11/04/09    REVIEW AND RESPOND TO EMAILS FROM M. GESAS AND K. MORGAN RE  ACCOUNTS PAYABLE
            SECTION OF DURACO'S SEPTEMBER MONTHLY REPORT AND NEED FOR AMENDMENT (.2);
            TELEPHONE CONFERENCE WITH K. LYNCH RE  SAME (.2)

            BECKY L. SUTTON                          0.40 hr.

11/05/09    REVIEW NOTICE RECEIVED FROM U.S. TRUSTEE'S OFFICE RE  OUTSTANDING QUARTERLY
            FEES DUE (.1); TELEPHONE CONFERENCE WITH K. LYNCH RE  RECEIPT OF SAME AND
            FORWARD COPY BY EMAIL (.1)

            BECKY L. SUTTON                          0.20 hr.

11/06/09    DURACO - REVIEW AMENDED MONTHLY OPERATING REPORT.

            MIRIAM R. STEIN                          0.20 hr.

**Exhibit B**

LAW OFFICES

# ARNSTEIN & LEHR LLP

120 S. RIVERSIDE PLAZA - SUITE 1200

CHICAGO, ILLINOIS 60606-3910

(312) 876-7100

DURACO PRODUCTS, INC.                                                December 22, 2009
ATTN: KEVIN LYNCH
1109 EAST LAKE STREET                                                Invoice:  841306
STREAMWOOD IL  60107

                                                                     Page 2

| | | |
|---|---|---|
| 11/10/09 | REVIEW EMAIL FROM U.S. TRUSTEE'S OFFICE WITH THIRTIETH AMENDED REQUEST FOR PAYMENT OF QUARTERLY FEES (.1); TELEPHONE CONFERENCE WITH K. LYNCH ADVISING OF AMOUNT DUE U.S. TRUSTEE'S OFFICE (.1) | |
| | BECKY L. SUTTON | 0.20 hr. |
| 11/10/09 | DURACO - MEETING WITH M. GESAS REGARDING CASE. | |
| | MIRIAM R. STEIN | 0.30 hr. |
| 11/16/09 | TELEPHONE CONFERENCE WITH MS. GREEN OF INTERNAL REVENUE SERVICE RE FAX RECEIVED 11/13/09 (.2); PREPARE FAX RE-SENDING MOTIONS TO IRS FOR SERVICE (.3) | |
| | BECKY L. SUTTON | 0.50 hr.  0.2 |
| 11/17/09 | DURACO - PREPARE FOR COURT. | |
| | MIRIAM R. STEIN | 0.30 hr. |
| 11/18/09 | DURACO - ATTEND COURT HEARING ON ALL CONTINUED MATTERS. | |
| | MIRIAM R. STEIN | 1.20 hr. |
| 11/18/09 | DURACO - MEETING WITH MICHAEL AND KEVIN LYNCH REGARDING STATUS OF CASE. | |
| | MIRIAM R. STEIN | 0.50 hr. |
| 11/19/09 | DURACO - CALL WITH MICHAEL LYNCH REGARDING STATUS AND BLUECROSS BLUESHIELD. | |
| | MIRIAM R. STEIN | 0.30 hr. |
| 11/19/09 | DURACO - CALL WITH CLIENT REGARDING OPTIONS. | |
| | MIRIAM R. STEIN | 0.50 hr. |
| 11/23/09 | DURACO - FURTHER WORK IN PREPARING FOR HEARINGS AND CLOSINGS. | |
| | MIRIAM R. STEIN | 1.00 hr. |
| 11/23/09 | DURACO - PER EMAIL FROM M. STEIN, REQUEST QUOTES FOR CERTIFICATES OF GOOD STANDING FOR FOUR DELAWARE ENTITIES (.3); RESEARCH DONE ON DELAWARE WEBSITE TO FIND OUT IF ENTITIES ARE DOMESTIC TO DELAWARE (.3) EMAIL TO M. STEIN AND B. KATZ ON FINDINGS (.1). | |
| | SLMAHON | 0.70 hr. |
| 11/24/09 | DURACO - CALLS WITH CHASE REGARDING MEETING WITH CLIENT. | |
| | MIRIAM R. STEIN | 0.20 hr. |
| 11/25/09 | DURACO - E-MAILS WITH FRANKLIN REGARDING PAY OFF AND CLOSING. | |
| | MIRIAM R. STEIN | 0.50 hr. |

# Exhibit B

LAW OFFICES

# ARNSTEIN & LEHR LLP

120 S. RIVERSIDE PLAZA - SUITE 1200

CHICAGO, ILLINOIS 60606-3910

(312) 876-7100

DURACO PRODUCTS, INC.
ATTN: KEVIN LYNCH
1109 EAST LAKE STREET
STREAMWOOD IL  60107

September 30, 2009

Invoice:  832412

Page 1

MLG

**Our Matter #  35096-0005        EMPLOYMENT OF PROFESSIONALS**

FOR PROFESSIONAL SERVICES RENDERED THROUGH August 31, 2009

| | | |
|---|---|---|
| 08/07/09 | DURACO - CONFERENCE WITH K. MORSE REGARDING MOTION TO RETAIN ACCOUNTANT. | |
| | MIRIAM R. STEIN | 0.30 hr. |
| 08/07/09 | DURACO - REVIEW RSM AFFIDAVIT AND RETENTION LETTER. | |
| | MIRIAM R. STEIN | 0.40 hr. |
| 08/08/09 | DURACO - DRAFT MOTION TO EMPLOY FORENSIC ACCOUNTANT. | |
| | KEVIN H. MORSE | 1.40 hr. |
| 08/09/09 | DURACO - REVIEW AND REVISE MOTION TO RETAIN ACCOUNTANT AND ORDER. | |
| | MIRIAM R. STEIN | 0.80 hr. |
| 08/10/09 | DURACO - REVIEW AND RESPOND TO EMAILS FROM G. APOSTOLIDES RE  UPLOAD OF PROPOSED ORDER RE  EMPLOYMENT OF FORENSIC ACCOUNTANTS, RSM MCGLADREY (.3); UPLOAD ORDER (.3). | ① |
| | BECKY L. SUTTON | 0.50 hr.  0.2 |

## SUMMARY OF FEES

| | Hours | Rate/Hr | Amount |
|---|---|---|---|
| BECKY L. SUTTON | 0.50 | 215.00 | 107.50 |
| KEVIN H. MORSE | 1.40 | 255.00 | 357.00 |
| MIRIAM R. STEIN | 1.50 | 430.00 | 645.00 |
| TOTAL | 3.40 | | $1,109.50 |

Total  Fees for Professional Services .................................................        1,109.50

## TOTALS FOR THIS MATTER

# Exhibit C

LAW OFFICES

# ARNSTEIN & LEHR LLP

120 S. RIVERSIDE PLAZA - SUITE 1200

CHICAGO, ILLINOIS 60606-3910

(312) 876-7100

DURACO PRODUCTS, INC.                                             December 10, 2009
ATTN: KEVIN LYNCH
1109 EAST LAKE STREET                                             Invoice:  840445
STREAMWOOD IL  60107

                                                                 Page 4

| | | |
|---|---|---|
| 09/17/09 | DURACO - E-MAILS WITH BIBBY REGARDING LOAN DOCUMENTS AND CONFERENCE REGARDING ISSUES RELATING TO FRANKLIN'S PROPOSED NOTE AND SECURITY DOCUMENT. | |
| | MIRIAM R. STEIN | 0.60 hr. |
| 09/17/09 | DURACO - DISCUSSION WITH FRANKLIN REGARDING NFE AND PAYOFF FIGURES. | |
| | MIRIAM R. STEIN | 0.40 hr. |
| 09/21/09 | DURACO - REVIEW CORRESPONDENCE BETWEEN FRANKLIN AND BIBBY REGARDING TERMS OF NOTE. | |
| | MIRIAM R. STEIN | 0.60 hr. |
| 09/21/09 | DURACO - MULTIPLE CALLS REGARDING POSSIBILITY OF SETTLEMENT WITH FRANKLIN. | |
| | MIRIAM R. STEIN | 0.70 hr. |
| 09/22/09 | DURACO - CALLS REGARDING BIBBY FUNDING AND SETTLEMENT WITH FRANKLIN. | |
| | MIRIAM R. STEIN | 1.00 hr. |
| 09/22/09 | DURACO - MEETING WITH M. GESAS REGARDING ISSUES RELATING TO FUNDING. | |
| | MIRIAM R. STEIN | 0.50 hr. |
| 09/23/09 | DURACO: MEETING WITH ATTORNEY JORDAN; TELEPHONE CONFERENCE WITH DURACO FRANKLIN ISSUES AND STATUS. | |
| | MICHAEL L. GESAS | 0.80 hr. |

-10%  ②

| | | |
|---|---|---|
| 09/23/09 | DURACO - CALL TO BIBBY REGARDING STATUS OF FUNDING. | |
| | MIRIAM R. STEIN | 0.20 hr. |
| 09/24/09 | DURACO - CONFERENCE CALL WITH FRANKLIN AND BIBBY. | |
| | MIRIAM R. STEIN | 1.50 hr. |
| 09/25/09 | DURACO - CALLS WITH FRANKLIN REGARDING CONTINUED USE OF CASH COLLATERAL. | |
| | MIRIAM R. STEIN | 0.50 hr. |
| 09/25/09 | DURACO - CALL WITH BIBBY REGARDING POTENTIAL SHORTFALL ON FRANKLIN PAYOFF. | |
| | MIRIAM R. STEIN | 0.40 hr. |
| 09/27/09 | DURACO - FOLLOW UP RE: CASH COLLATERAL ISSUES AND E-MAILS TO FRANKLIN COUNSEL SHELLY DEROUSSE AND KEVIN LYNCH. | |
| | G. P. APOSTOLIDES | 0.20 hr. |

**Exhibit D**

LAW OFFICES

# ARNSTEIN & LEHR LLP

120 S. RIVERSIDE PLAZA - SUITE 1200

CHICAGO, ILLINOIS 60606-3910

(312) 876-7100

DURACO PRODUCTS, INC.
ATTN: KEVIN LYNCH
1109 EAST LAKE STREET
STREAMWOOD IL 60107

December 22, 2009

Invoice:  841311

Page 3

| | | |
|---|---|---|
| 11/16/09 | DURACO - E-MAILS TO FRANKLIN REGARDING STAG ORDER AND ISSUES RELATING TO SUPER-PRIORITY. | |
| | MIRIAM R. STEIN | 0.20 hr. |
| 11/18/09 | DURACO - CONFERENCE WITH FRANKLIN REGARDING STAG MOTION ISSUES. | |
| | MIRIAM R. STEIN | 0.40 hr. |
| 11/18/09 | DURACO - E-MAILS WITH FRANKLIN REGARDING CLOSING AND ISSUES RELATING TO STAG ORDER. | |
| | MIRIAM R. STEIN | 0.20 hr. |
| 11/20/09 | FINALIZE REVISED NOTICE AND MOTION FOR APPROVAL OF SCHEDULE 13.2 PROPOSED LEASE AGREEMENT AND AUTHORIZATION TO FILE SCHEDULE 13.2 IN CAMERA PURSUANT TO SECTION 107(b)(1), BANKRUPTCY RULE 9018 AND LOCAL RULE 5005-4 (FOR PROTECTIVE ORDER) FOR FILING (.5)/RE-FILE PER CASE ADMINISTRATOR'S DIRECTION AND SET FOR 11/25/09 HEARING (.3) | ① |
| | BECKY L. SUTTON | 0.80 hr. 0.5 |
| 11/24/09 | DURACO - PREPARE FOR CLOSING. | |
| | MIRIAM R. STEIN | 1.00 hr. |
| 11/24/09 | DURACO - ATTEND CLOSING WITH FRANKLIN. | |
| | MIRIAM R. STEIN | 7.50 hr. |
| 11/24/09 | DURACO - REVIEW OF BIBBY DOCUMENTS. | |
| | MIRIAM R. STEIN | 0.50 hr. |
| 11/24/09 | DURACO - REVIEW PROPOSED AMENDED ORDER ON FRANKLIN SETTLEMENT AND FURTHER DISCUSSIONS BETWEEN STAG AND FRANKLIN REGARDING DISGORGEMENT AND SUPER-PRIORITY LANGUAGE. | |
| | MIRIAM R. STEIN | 0.30 hr. |

**Exhibit D**

LAW OFFICES

# ARNSTEIN & LEHR LLP

120 S. RIVERSIDE PLAZA - SUITE 1200

CHICAGO, ILLINOIS 60606-3910

(312) 876-7100

DURACO PRODUCTS, INC.
ATTN: KEVIN LYNCH
1109 EAST LAKE STREET
STREAMWOOD IL  60107

October 21, 2009

Invoice:  835027

Page 1

MLG

**Our Matter #   35096-0007            SALE OF ASSETS**

FOR PROFESSIONAL SERVICES RENDERED THROUGH August 31, 2009

| | | |
|---|---|---|
| 08/06/09 | DURACO - REVIEW REVISED LEASE RECEIVED FROM THE LANDLORD'S ATTORNEY; FOLLOW UP WITH MR. LYNCH REGARDING SAME; REVIEW AND RESPOND TO E-MAIL CORRESPONDENCE FROM MS. STEIN REGARDING DURACO BANKRUPTCY. | |
| | CYNDE H. MUNZER | 1.20 hr. |
| 08/07/09 | DURACO - REVIEW AND REVISE DURACO LEASE INCLUDING REVISIONS REGARDING DELAY OF ONE MONTH FOR RENTAL ABATEMENT PERIOD AND LETTER OF CREDIT PROVISION; TELEPHONE CONFERENCE WITH MR. MICHAEL LYNCH REGARDING CONFIRMATION OF AMORTIZATION OF PI ALLOWANCE AS ADDED; ATTENTION TO SENDING REVISED LEASE TO THE LANDLORD'S ATTORNEY AND PRINCIPAL OF LANDLORD. | |
| | CYNDE H. MUNZER | 2.00 hr. |
| 08/07/09 | DURACO - CONFERENCE WITH G. APOSTOLIDES REGARDING MOTION TO APPROVE NEW LEASE. | |
| | MIRIAM R. STEIN | 0.30 hr. |
| 08/07/09 | DURACO -WORK ON DURACO SERVICE LIST FOR LEASE MOTION. | |
| | MIRIAM R. STEIN | 0.30 hr. |
| 08/10/09 | DURACO - REVIEW REVISED DRAFT OF DURACO LEASE RECEIVED FROM COUNSEL FOR THE LANDLORD; RESPOND TO E-MAIL CORRESPONDENCE FROM COUNSEL TO THE LANDLORD; MULTIPLE TELEPHONE CONFERENCES WITH M. LYNCH REGARDING REVIEW OF REVISED LEASE AND CHANGE IN RENT ABATEMENT PROVISIONS AND ERROR MADE IN REVISED LEASE REGARDING THE REQUIREMENT OF THE PLAN TO BE CONFIRMED PRIOR TO TENANT'S ABILITY TO EXIT THE PREMISES. | |
| | CYNDE H. MUNZER | 2.00 hr. |
| 08/10/09 | DURACO -CALLS WITH MICHAEL LYNCH REGARDING LEASE ISSUES AND FRANKLIN ISSUES. | |
| | MIRIAM R. STEIN | 0.40 hr. |

**Exhibit E**

LAW OFFICES

# ARNSTEIN & LEHR LLP

120 S. RIVERSIDE PLAZA - SUITE 1200

CHICAGO, ILLINOIS 60606-3910

(312) 876-7100

DURACO PRODUCTS, INC.                                          December 22, 2009
ATTN: KEVIN LYNCH
1109 EAST LAKE STREET                                          Invoice: 841312
STREAMWOOD IL 60107

                                                               Page 2

| | | | |
|---|---|---|---|
| 11/13/09 | FINALIZE MOTION TO APPROVE NEW LEASE, AUTHORIZE DEBTOR TO ENTER INTO NEW LEASE AND AUTHORIZE DEBTOR TO INCUR RELATED EXPENSES FOR FILING AND SERVICE (.6); COMPILE EXHIBITS AND PREPARE FOR FILING (.4) ELECTRONICALLY FILE SAME (.3); CONDUCT EXECUTION OF SERVICE BY FACSIMILE (.5); PREPARE CERTIFICATE OF SERVICE AND FILE WITH COURT (.7) | | |
| | BECKY L. SUTTON | 2.50 hr.   1.0 | |
| 11/13/09 | DURACO - CONFERENCE CALL WITH STAG REGARDING FINAL REVISIONS TO LEASE. | | |
| | MIRIAM R. STEIN | 0.50 hr. | |
| 11/13/09 | DURACO - FINALIZE MOTION TO APPROVE STAG LEASE AND PREPARE FOR FILING AND SERVICE. | | |
| | MIRIAM R. STEIN | 0.60 hr. | |
| 11/16/09 | DURACO - CALL WITH FORREST LAMMIMAN REGARDING STAG ORDER. | | |
| | MIRIAM R. STEIN | 0.50 hr. | |
| 11/17/09 | PARTICIPATE IN CONFERENCE CALL (.5); CONFER MIMI STEIN RE: ISSUES AS TO LEASE (.5); DRAFT REVISED LEASE (1.0). | | |
| | BARRY R. KATZ | 2.00 hr. | |
| 11/17/09 | DURACO - CONFERENCE CALL WITH STAG ON ALL CONTINUED MATTERS. | | |
| | MIRIAM R. STEIN | 0.70 hr. | |
| 11/17/09 | DURACO - DRAFT REVISIONS TO STAG ORDER. | | |
| | MIRIAM R. STEIN | 0.20 hr. | |
| 11/17/09 | DURACO - CALL WITH B. KATZ REGARDING STAG ISSUES. | | |
| | MIRIAM R. STEIN | 0.20 hr. | |
| 11/18/09 | REVIEW AND FINALIZE REVISIONS TO LEASE (.3); DRAFT EMAIL TO LANDLORD PERSONNEL (.2). | | |
| | BARRY R. KATZ | 0.50 hr. | |
| 11/19/09 | REVIEW REVISED LEASES PREPARED BY STAG ATTORNEY. | | |
| | BARRY R. KATZ | 0.80 hr. | |
| 11/19/09 | DURACO - DRAFT MOTION TO FILE SCHEDULE 13.2 UNDER SEAL. | | |
| | MIRIAM R. STEIN | 1.30 hr. | |

**Exhibit E**

LAW OFFICES

# ARNSTEIN & LEHR LLP

120 S. RIVERSIDE PLAZA - SUITE 1200

CHICAGO, ILLINOIS 60606-3910

(312) 876-7100

DURACO PRODUCTS, INC.                                            August 24, 2009
ATTN: KEVIN LYNCH
1109 EAST LAKE STREET                                           Invoice: 828942
STREAMWOOD IL 60107

Page 1

MLG

Our Matter #  35096-0010          PLAN/ DISCLOSURE STATEMENT

FOR PROFESSIONAL SERVICES RENDERED THROUGH July 31, 2009

| | | |
|---|---|---|
| 06/05/09 | DURACO - DRAFT SECOND JOINT MOTION FOR EXTENSION TO FILE PLAN AND DISCLOSURE STATEMENT. | |
| | KEVIN H. MORSE | 2.70 hr. |
| 06/05/09 | DURACO - REVIEW AND REVISE SECOND JOINT MOTION FOR EXTENSION OF TIME (.9); SEND DRAFT TO M. STEIN FOR REVIEW (.1). | |
| | KEVIN H. MORSE | 1.00 hr. |
| 06/05/09 | DURACO - REVIEW AND REVISE MOTION TO EXTEND TIME TO FILE PLAN. | |
| | MIRIAM R. STEIN | 0.60 hr. |
| 06/08/09 | DURACO - EMAIL STATUS OF MOTION TO EXTEND TIME TO CREDITOR'S COMMITTEE AND M. STEIN. | |
| | KEVIN H. MORSE | 0.40 hr. |
| 06/08/09 | DURACO - REVISE MOTION TO EXTEND TIME TO FILE PLAN AND DISCLOSURE STATEMENT PER CREDITOR'S COMMITTEE AND M. STEIN'S REQUEST, AND PREPARE MOTION FOR FILING. | |
| | KEVIN H. MORSE | 0.90 hr. |
| 06/09/09 | DURACO - FINALIZE NOTICE, MOTION AND PROPOSED ORDER TO FURTHER EXTEND DEADLINES FOR FILING PLAN AND DISCLOSURE STATEMENT FOR FILING AND SERVICE (.2); ELECTRONICALLY FILE WITH BANKRUPTCY COURT AND DOCKET HEARING DATE (.3); CONDUCT EXECUTION OF SERVICE ON ALL PARTIES (.3) | |
| | BECKY L. SUTTON | 0.80 hr. ~ 0.2 ① |
| 06/09/09 | DURACO - FINALIZE JOINT MOTION TO EXTEND TIME TO FILE PLAN. | |
| | KEVIN H. MORSE | 0.20 hr. |
| 06/15/09 | DURACO - REVIEW OBJECTION FILED BY FRANKLIN TO MOTION TO EXTEND TIME TO FILE PLAN. | |
| | MIRIAM R. STEIN | 0.70 hr. |
| 06/16/09 | DURACO - PREPARE FOR COURT ON DEBTOR'S MOTION TO EXTEND TIME TO FILE PLAN. | |
| | MIRIAM R. STEIN | 0.70 hr. |

**Exhibit H**

LAW OFFICES

# ARNSTEIN & LEHR LLP

120 S. RIVERSIDE PLAZA - SUITE 1200

CHICAGO, ILLINOIS 60606-3910

(312) 876-7100

DURACO PRODUCTS, INC.                                             August 24, 2009
ATTN: KEVIN LYNCH
1109 EAST LAKE STREET                                             Invoice:  828940
STREAMWOOD IL  60107

Page 6

| 06/23/09 | DURACO/FRANKLIN - MULTIPLE EMAILS FROM KEVIN LYNCH WITH THE CLIENT SUMMARY REPORTS PROVIDED TO DURACO THROUGH THE EFACTOR SYSTEM ON A DAILY BASIS AND REVIEWED THOSE REPORTS (.6); TELEPHONE CONFERENCE WITH FRANKLIN COUNSEL SHELLY DEROUSSE RE: SCOTT SCHREIBER APPEARANCE BY TELEPHONE (.1); COURT APPEARANCE AT HEARING ON MOTION RE: TELEPHONIC APPEARANCE BY DIPROSPERO (1.0); EMAILS TO AND FROM KEVIN AND MICHAEL LYNCH RE: RULING DENYING THE MOTION (.1); EMAILS FROM AND TO SCHREIBER RE: DEPOSITION LOGISTICS (.1); FOLLOW UP RE: COMMUNICATIONS WITH CREDITORS COMMITTEE COUNSEL AND THE IDOR (.2); TELEPHONE CONFERENCES WITH SCHREIBER AND DEROUSSE RE: DEPOSITIONS, DOCUMENT EXCHANGE, AND OTHER DISCOVERY PROTOCOL (.4); OBTAINED MONTHLY OPERATING REPORTS FOR CONSIDERATION OF THEIR USE AS EXHIBITS (.3); TELEPHONE CONFERENCE WITH MICHAEL DIPROSPERO RE: SUBSTANCE OF TESTIMONY AND HIS ENGAGEMENT LETTER (.6); EMAILS FROM KEVIN LYNCH WITH COLLECTIONS CHECKS AND REVIEWED THE CHECKS AND COLLECTION REPORTS (.5); MULTIPLE EMAILS FROM MICHAEL LYNCH WITH THE MARCH DIP REPORTS AND COLLECTION REPORTS, AND TELEPHONE CONFERENCES WITH MICHAEL LYNCH RE: SAME (.4); COORDINATED CREATION OF EXHIBIT LIST AND CD WITH JOHN FULLER (.3); EMAIL FROM AND TELEPHONE CONFERENCE WITH KEVIN LYNCH RE: DIPROSPERO FEES AND PAYMENT AND EXAMPLES OF FRANKLIN'S MISAPPLICATION OF FUNDS (.2); EMAILS FROM KEVIN LYNCH WITH PACKAGES OF MISAPPLICATION DOCUMENTS AND REVIEWED THOSE DOCUMENTS (.5); PREPARED TRIAL SUBPOENAS FOR DAVID FINK AND COOKIE WINNER (.3); TELEPHONE CONFERENCES WITH SHELLY DEROUSSE RE: DOCUMENT PRODUCTION (.2); DRAFTED LETTER TO DEROUSSE (.3); PREPARED QUESTIONS AND TOPICS OF COVERAGE FOR THE DEPOSITIONS OF FINK AND WINNER (1.1). |
|---|---|

G. P. APOSTOLIDES                           7.20 hr.

| 06/23/09 | DURACO/FRANKLIN - EXHIBITS FOR HEARING - DOWNLOAD FILED COPIES OF NOVEMBER 2008 THROUGH MARCH 2009 OPERATING REPORTS (.2); PREPARE COPIES FOR G. APOSTOLIDES AND FORWARD ELECTRONIC VERSIONS TO G. APOSTOLIDES AND J. FULLER (.3) |
|---|---|

BECKY L. SUTTON                            0.50 hr.

①

06/23/09  DURACO - FRANKLIN CAPITAL HEARING -  PREPARE EXHIBITS 1 THRU 34; TECHNICAL ADJUSTMENTS AND CHANGES THROUGHOUT THE DAY; CREATE ELECTRONIC DURACO BATES STAMPS ON RECORDS.

JOHN C. FULLER                            2.70 hr.

06/23/09  DURACO/FRANKLIN - MEETING WITH BOB BENJAMIN REGARDING FRANKLIN ISSUES.

MIRIAM R. STEIN                           0.60 hr.

06/23/09  DURACO/FRANKLIN - CONFERENCE WITH G. APOSTOLIDES REGARDING RESPONSE TO FRANKLIN'S LETTER ALLEGING FINANCIAL IMPROPRIETIES.

MIRIAM R. STEIN                           0.40 hr.

# Exhibit L

LAW OFFICES

# ARNSTEIN & LEHR LLP

120 S. RIVERSIDE PLAZA - SUITE 1200

CHICAGO, ILLINOIS 60606-3910

(312) 876-7100

DURACO PRODUCTS, INC.
ATTN: KEVIN LYNCH
1109 EAST LAKE STREET
STREAMWOOD IL 60107

August 24, 2009

Invoice: 828940

Page 7

| | | |
|---|---|---|
| 06/23/09 | DURACO/FRANKLIN - REVIEW OF PROPOSED RESPONSIVE LETTER TO FRANKLIN. | |
| | MIRIAM R. STEIN | 0.20 hr. |
| 06/23/09 | DURACO/FRANKLIN - REVIEW DISCOVERY RESPONSES TO FRANKLIN. | |
| | MIRIAM R. STEIN | 0.70 hr. |
| 06/24/09 | DURACO/FRANKLIN - MEETING WITH K. LYNCH AFTER FRANKLIN DEPOSITIONS. | |
| | MIRIAM R. STEIN | 0.80 hr. |
| 06/24/09 | DURACO/FRANKLIN - PRE-DEPOSITION QUESTIONS WITH G. APOSTOLIDES AND STRATEGY RELATED TO SAME. | |
| | BARRY A. CHATZ | 0.30 hr. |

06/24/09   DURACO/FRANKLIN - FINAL PREPARATION FOR THE DEPOSITIONS OF COOKIE WINNER AND
DAVID FINK (.5); MEETING WITH MICHAEL LYNCH AND KEVIN LYNCH (1.2); ATTENDANCE AND
PARTICIPATION AT THE DEPOSITION OF WINNER (2.0); PARTICIPATION IN TELEPHONE
CONFERENCE WITH MICHAEL GESAS, MICHAEL LYNCH AND KEVIN LYNCH RE: WINNER
DEPOSITION AND STRATEGY FOR THE FINK DEPOSITION AND KEVIN LYNCH'S DEPOSITION (1.0);
ATTENDANCE AND PARTICIPATION AT DAVID FINK'S DEPOSITION (3.6); PARTICIPATION IN
TELEPHONE CONFERENCE CALL WITH GESAS, KEVIN LYNCH AND MICHAEL LYNCH RE: NEXT
STEPS (1.2); RECEIPT AND REVIEW OF EMAIL WITH COMPARABLES FROM MIKE DIPROSPERO
AND REVIEWED THE COMPARABLES (.3); TELEPHONE CONFERENCE WITH DIPROSPERO RE:
TRAVEL TO CHICAGO AND TRIAL TESTIMONY (.3); EMAILS TO FRANKLIN COUNSEL RE:
COMPARABLES AND COORDINATED THEIR INCLUSION ONTO OUR EXHIBIT LIST (.2); REVIEWED
FRANKLIN'S 30(b)(6) NOTICE OF DEPOSITION AND EMAIL TO KEVIN LYNCH RE: SAME (.2);
PRELIMINARY RESEARCH RE: USE OF EXPERT (.9).

G. P. APOSTOLIDES                    11.40 hr.

06/24/09   DURACO - FRANKLIN CAPITAL HEARING RE FACTORING AGREEMENT:  PREPARE .PDF EXHIBITS
35 THROUGH 42; CREATE CD LABEL FOR OPPOSING AND BURN CD OF EXHIBITS; CREATE
ELECTRONIC BATES; CREATE HARD COPY EXHIBITS BINDER FOR 30(B)(6) DEPOSITION OF
MICHAEL J. DIPROSPERO, ASA.

JOHN C. FULLER                    2.80 hr.

06/25/09   DURACO - FRANKLIN CAPITAL TRIAL:  CREATE .PDF EXHIBIT #43 OF DEPOSITION OF MICHAEL J.
DIPROSPERO, ASA(.10); CREATE FULL EXHIBIT LIST (1.10).

JOHN C. FULLER                    1.20 hr.



**Exhibit L**

LAW OFFICES

## ARNSTEIN & LEHR LLP

120 S. RIVERSIDE PLAZA - SUITE 1200

CHICAGO, ILLINOIS 60606-3910

(312) 876-7100

DURACO PRODUCTS, INC.                                          August 24, 2009
ATTN: KEVIN LYNCH
1109 EAST LAKE STREET                                         Invoice:  828940
STREAMWOOD IL  60107

Page 8

| Date | Description | | |
|---|---|---|---|
| 06/25/09 | DURACO/FRANKLIN - EMAILS FROM FRANKLIN COUNSEL SCOTT SCHREIBER RE: EXPERT REPORT AND JUNE BANK STATEMENT AND REVIEWED THE DOCUMENTS (.2); EMAILS FROM AND TO CREDITORS COMMITTEE COUNSEL BOB BENJAMIN AND FRANKLIN COUNSEL SHELLY DEROUSSE RE: DEPOSITIONS (.1); TELEPHONE CONFERENCE WITH EXPERT MACHINERY AND EQUIPMENT APPRAISER MIKE DIPROSPERO RE: HIS APPEARANCE FOR DEPOSITION AND TIMING (.1); PREPARED EXHIBITS FOR DIPROSPERO'S DEPOSITION AND QUESTIONS FOR DIPROSPERO (.4); RECEIPT AND REVIEW OF CD-ROM WITH FRANKLIN'S EXHIBITS AND DOCUMENTS RESPONSIVE TO OUR PRODUCTION REQUEST (.3); ATTENDANCE AND PARTICIPATION AT DEPOSITION OF DIPROSPERO (1.5); ATTENDANCE AND PARTICIPATION AT STRATEGY MEETING WITH MICHAEL GESAS, KEVIN LYNCH, AND TOM YARDLEY (.3); REVIEWED EVENTS AT KEVIN LYNCH'S DEPOSITION AND SUBSEQUENT NEGOTIATIONS, AND CONFERENCE RE: MATTERS SET FOR TOMORROW'S STATUS CONFERENCE (.4). | | |
| | G. P. APOSTOLIDES | 3.30 hr. | |
| 06/25/09 | DURACO/FRANKLIN - TELEPHONE CONFERENCE WITH G. APOSTOLIDES AND CLIENT RE: DEPOSITION RESULTS AND REPLACEMENT FACTOR REQUIREMENTS; DISCUSS HEARING DELAY AND INVENTORY VALUATION. | | |
| | MICHAEL L. GESAS | 1.00 hr. | |
| 06/25/09 | DURACO/FRANKLIN - ATTEND KEVIN LYNCH DEPOSITION AT SCHREIBER'S OFFICE (2.5); ATTEND SETTLEMENT CONFERENCE WITH FRANKLIN AFTER DEPOSITION (1); MEETING WITH CLIENTS TO DISCUSS (.8). | | |
| | MICHAEL L. GESAS | 4.30 hr. | |
| 06/25/09 | DURACO/FRANKLIN - CONFERENCE CALL WITH K. LYNCH REGARDING DEPOSITION. | | |
| | MIRIAM R. STEIN | 0.30 hr. | |
| 06/25/09 | DURACO/FRANKLIN - CONFERENCE WITH M. GESAS REGARDING STATUS WITH FRANKLIN AND LYNCH DEPOSITION. | | |
| | MIRIAM R. STEIN | 0.50 hr. | |
| 06/25/09 | DURACO/FRANKLIN - MEETING WITH KEVIN LYNCH PRIOR TO DEPOSITION; ATTEND SETTLEMENT CONFERENCE WITH ATTORNEY FOR FACTORING COMPANY; ATTEND DEPOSITION OF KEVIN LYNCH. | | |
| | THOMAS P. YARDLEY | 6.00 hr. | -10% ② |
| 06/26/09 | DURACO/FRANKLIN - EMAIL FROM MICHAEL LYNCH RE: BLACKMAN KALLICK AUDIT (.1); PARTICIPATION IN TELEPHONE CONFERENCE CALL WITH MICHAEL LYNCH, KEVIN LYNCH, MICHAEL GESAS, AND MIRIAM STEIN RE: MULTIPLE ISSUES AND NEXT STEPS (.5); TELEPHONE CONFERENCE WITH KEVIN LYNCH RE: EXPERT REPORT (.1); EMAIL FROM FRANKLIN COUNSEL SHELLY DEROUSSE WITH DISCOVERY REQUEST (.1); PREPARED FILE FOR THE HEARING WHEN IT IS RESCHEDULED (.4). | | |
| | G. P. APOSTOLIDES | 1.20 hr. | |

**Exhibit L**