UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re:    DURACO PRODUCTS, INC. | § § § § | Case No. 08-31353 |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that EUGENE CRANE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00am on 08/29/2012 in Courtroom 744, United States Courthouse Courthouse, 219 S. Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/31/2012         By:     /s/Eugene Crane
                                         Trustee

EUGENE CRANE
135 S. LaSalle Street, #3705
Chicago, IL  60603
(312) 641-6777

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: DURACO PRODUCTS, INC. § Case No. 08-31353
§
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 2,357,339.79 |
| *and approved disbursements of* | $ | 1,787,935.04 |
| *leaving a balance on hand of* [1] | $ | 569,404.75 |
| **Balance on hand:** | $ | 569,404.75 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 57 | Bayone Urethane Systems, LLC | 170,802.11 | 146,000.00 | 146,000.00 | 0.00 |
| 260 | Bibby Financial Services (Midwest)Inc | 679,682.65 | 679,682.65 | 125,000.00 | 336,059.73 |

Total to be paid to secured creditors: $ 336,059.73
Remaining balance: $ 233,345.02

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - EUGENE CRANE | 92,763.35 | 0.00 | 92,763.35 |
| Attorney for Trustee, Fees - Crane, Heyman, Simon, Welch & Clar | 115,838.00 | 0.00 | 115,838.00 |
| Attorney for Trustee, Expenses - Crane, Heyman, Simon, Welch & Clar | 4,337.37 | 0.00 | 4,337.37 |
| Accountant for Trustee, Fees - Popowcer Katten, Ltd. | 10,639.50 | 0.00 | 10,639.50 |
| Accountant for Trustee, Expenses - Popowcer Katten, Ltd. | 16.80 | 0.00 | 16.80 |
| Fees, United States Trustee | 9,750.00 | 0.00 | 9,750.00 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

|  |  |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 233,345.02 |
| Remaining balance: | $ 0.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None ||||

|  |  |
|---|---|
| Total to be paid for prior chapter administrative expenses: | $ 0.00 |
| Remaining balance: | $ 0.00 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $2,766,173.93 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2P | Internal Revenue Service | 799,649.26 | 0.00 | 0.00 |
| 17 | Jose V Delgado Jr | 8,300.00 | 0.00 | 0.00 |
| 18 -2 | Maria D Camacho | 3,813.60 | 0.00 | 0.00 |
| 19 | Victor Mordles | 3,542.40 | 0.00 | 0.00 |
| 20 | Susan A Podraza | 2,586.88 | 0.00 | 0.00 |
| 21 | Arthur H Kay | 9,158.40 | 0.00 | 0.00 |
| 22 | Roger L Ax | 5,127.98 | 0.00 | 0.00 |
| 23 | Leon Wasniewski | 8,594.95 | 0.00 | 0.00 |
| 24 | Fatme Balboa | 13,500.98 | 0.00 | 0.00 |
| 25 | Michael R Moconey | 328.00 | 0.00 | 0.00 |
| 28 | Terry Lee Schwartz | 621.60 | 0.00 | 0.00 |
| 30 | Mitchell Powers | 212.96 | 0.00 | 0.00 |
| 35 | Sixto Reyna | 15,507.23 | 0.00 | 0.00 |
| 36 | Nelda S Reyna | 16,193.91 | 0.00 | 0.00 |
| 37 | Audelia G Sanchez | 34,142.06 | 0.00 | 0.00 |
| 38 | Kenneth P Champagne | 644.40 | 0.00 | 0.00 |
| 39 | Richard A Prondzinski | 4,332.00 | 0.00 | 0.00 |
| 40 -2 | Howard B Walker | 8,196.60 | 0.00 | 0.00 |
| 45 | Victor Mordles | 5,542.40 | 0.00 | 0.00 |
| 46 | Jose V Delgado Jr | 2,907.40 | 0.00 | 0.00 |

UST Form 101-7-NFR (10/1/2010)

| | | | | |
|---|---|---:|---:|---:|
| 47 | Mitchell Powers | 212.96 | 0.00 | 0.00 |
| 48 | Terry Lee Schwartz | 621.60 | 0.00 | 0.00 |
| 52 | Hermie Marvel | 2,220.00 | 0.00 | 0.00 |
| 54P-3 | Illinois Dept. Of Revenue | 108,913.36 | 0.00 | 0.00 |
| 55 | Dorothy A Raveling | 1,210.72 | 0.00 | 0.00 |
| 60 | Margaret A Lordan | 128.88 | 0.00 | 0.00 |
| 61 -2 | Margaret A Lordan | 6,026.44 | 0.00 | 0.00 |
| 62 -3 | Charmaine R Schallmo | 4,927.56 | 0.00 | 0.00 |
| 71 | Mei OI Woo | 1,062.60 | 0.00 | 0.00 |
| 72 -2 | Hung Viet Nguyen | 2,317.84 | 0.00 | 0.00 |
| 74 | Gayle R Proctor | 2,013.76 | 0.00 | 0.00 |
| 75 | Yee Man Yu | 914.32 | 0.00 | 0.00 |
| 80 | OHIO DEPARTMENT OF TAXATION | 285.11 | 0.00 | 0.00 |
| 82 | Edmond M Nagle | 4,204.96 | 0.00 | 0.00 |
| 84 | Mukesh R Bhatia | 3,790.38 | 0.00 | 0.00 |
| 87 -2 | State of Michigan, Department of Treasury | 166,558.69 | 0.00 | 0.00 |
| 95 -3 | Illinois Dept. Of Revenue | 64,713.48 | 0.00 | 0.00 |
| 105 | Jose V Delgado Jr | 2,907.21 | 0.00 | 0.00 |
| 117 | Victor Mordles | 5,542.40 | 0.00 | 0.00 |
| 120P | Illinois Department of Employment Security | 126,106.98 | 0.00 | 0.00 |
| 121P | Illinois Department of Employment Security | 779.04 | 0.00 | 0.00 |
| 128 | Lidia G Bribiesca | 2,564.00 | 0.00 | 0.00 |
| 129 | Mark A Keyes | 2,051.00 | 0.00 | 0.00 |
| 130 | Mark S Nagel | 2,838.00 | 0.00 | 0.00 |
| 141 | Kim Bronke | 10,193.82 | 0.00 | 0.00 |
| 154 | Arthur H Kay | 9,158.40 | 0.00 | 0.00 |
| 156 | Gayle R Proctor | 2,013.76 | 0.00 | 0.00 |
| 158 | Patricia Seidl | 1,952.00 | 0.00 | 0.00 |
| 160 | Rudolph Seidl | 2,223.00 | 0.00 | 0.00 |
| 162 | Kenneth Socki | 5,600.50 | 0.00 | 0.00 |
| 167 | Lesley Baseley | 5,709.48 | 0.00 | 0.00 |
| 178 | RMG Inc | 8,078.37 | 0.00 | 0.00 |
| 188 | Southwest Regional Reps Inc | 10,950.00 | 0.00 | 0.00 |
| 191 | Maria P Garza | 1,562.82 | 0.00 | 0.00 |

UST Form 101-7-NFR (10/1/2010)

| | | | | |
|---|---|---|---|---|
| 204 | Donna Magnuson | 1,833.84 | 0.00 | 0.00 |
| 205P | Agata Tomas | 1,684.80 | 0.00 | 0.00 |
| 207 | Maribel Jimenez | 2,520.00 | 0.00 | 0.00 |
| 208 | Maria Vasquez | 2,201.08 | 0.00 | 0.00 |
| 209 | Irma M. Rodriguez | 5,172.76 | 0.00 | 0.00 |
| 211P | Illinois Department of Employment Security | 329,196.49 | 0.00 | 0.00 |
| 212 | Patricia Seidl | 1,952.00 | 0.00 | 0.00 |
| 213 | Jose V Delgado Jr | 2,907.04 | 0.00 | 0.00 |
| 214 | Rudolph Seidl | 2,223.00 | 0.00 | 0.00 |
| 221 | Hermie Marvel | 1,776.00 | 0.00 | 0.00 |
| 225 | Asquith Corporation | 1,528.47 | 0.00 | 0.00 |
| 226P | Patrick, Carl | 11,725.00 | 0.00 | 0.00 |
| 229 | Victor Mordles | 3,542.40 | 0.00 | 0.00 |
| 234 | Victor Morales | 2,565.84 | 0.00 | 0.00 |
| 235 | Lidia G Bribiesca | 2,564.00 | 0.00 | 0.00 |
| 236 | Mark A Keyes | 2,051.00 | 0.00 | 0.00 |
| 239 | Audelia G Sanchez | 23,042.06 | 0.00 | 0.00 |
| 240 | Michael R. Moloney | 735.05 | 0.00 | 0.00 |
| 243 | Nelda S Reyna | 7,928.80 | 0.00 | 0.00 |
| 244 | Terry Lee Schwartz | 621.60 | 0.00 | 0.00 |
| 245 | Mitchell Powers | 212.96 | 0.00 | 0.00 |
| 246 | Edmond M Nagle | 4,204.96 | 0.00 | 0.00 |
| 251 | WILLIAM E MOORE | 10,000.00 | 0.00 | 0.00 |
| 253 | Mei OI Woo | 1,065.60 | 0.00 | 0.00 |
| 254 | Terry L Schwartz | 621.60 | 0.00 | 0.00 |
| 255 | Mitchell Powers | 212.96 | 0.00 | 0.00 |
| 256P | Dorothy A Raveling | 1,210.72 | 0.00 | 0.00 |
| 259 | Arthur H Kay | 9,158.70 | 0.00 | 0.00 |
| 263 | Indiana Dept of Workforce Development | 7,407.49 | 0.00 | 0.00 |
| 266P | Internal Revenue Service | 800,049.26 | 0.00 | 0.00 |

|                                 |        |
|---------------------------------|--------|
| Total to be paid for priority claims: | $ 0.00 |
| Remaining balance:              | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 18,610,523.61 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Matson Integrated Logistics | 170,347.50 | 0.00 | 0.00 |
| 2U | Internal Revenue Service | 15,833.01 | 0.00 | 0.00 |
| 3 | Alliance Staffing, Inc. | 181,395.81 | 0.00 | 0.00 |
| 4 | Warehouse Direct, Inc. | 7,845.97 | 0.00 | 0.00 |
| 5 | Averitt Express Inc | 8,629.53 | 0.00 | 0.00 |
| 6 | TIN Inc dba Temple-inland | 31,051.39 | 0.00 | 0.00 |
| 7 | CDW Corporation | 6,544.60 | 0.00 | 0.00 |
| 8 | Conocophillips Company | 341,207.00 | 0.00 | 0.00 |
| 9 | Con-Way Freight Inc | 8,199.59 | 0.00 | 0.00 |
| 10 | Ineos Olefins & Polymers USA | 94,436.50 | 0.00 | 0.00 |
| 11 | KHL Engineered Packaging | 1,889.44 | 0.00 | 0.00 |
| 12 | Delta Industries Int'l Inc. | 24,662.47 | 0.00 | 0.00 |
| 13 | W W Grainger Inc | 1,299.69 | 0.00 | 0.00 |
| 14 | Schneider National Inc. | 18,064.91 | 0.00 | 0.00 |
| 15 | R K Schaff Associates Inc | 11,912.50 | 0.00 | 0.00 |
| 16 | Central Freight Lines Inc | 268,987.28 | 0.00 | 0.00 |
| 26 | Advance Payroll Funding, LTD | 227,933.75 | 0.00 | 0.00 |
| 27 | ComEd Co | 43,056.23 | 0.00 | 0.00 |
| 29 | Matilde Ledesma | 261.75 | 0.00 | 0.00 |
| 31 | Garden Sales Assoc Inc | 6,181.47 | 0.00 | 0.00 |
| 32 | Shannon Industrial Corp | 362,138.54 | 0.00 | 0.00 |
| 33 | The Insurance Co. of the State of Pennsylvania | 149,459.68 | 0.00 | 0.00 |
| 34 | Pitney Bowes Inc | 24,939.60 | 0.00 | 0.00 |

UST Form 101-7-NFR (10/1/2010)

| | | | | |
|---|---|---:|---:|---:|
| 41 | Euler Hermes ACI Assignee | 186,023.57 | 0.00 | 0.00 |
| 42 | Pallets Inc | 11,220.00 | 0.00 | 0.00 |
| 43 | Bearing Headquarters Co | 643.40 | 0.00 | 0.00 |
| 44 | A Federated Corporation | 98,138.50 | 0.00 | 0.00 |
| 49 | Cyclone One Inc | 8,385.60 | 0.00 | 0.00 |
| 50 | The Beek Company | 74,330.00 | 0.00 | 0.00 |
| 51 | JWB Cleaning Contractors Inc | 3,767.00 | 0.00 | 0.00 |
| 53 | OfficeMax | 1,801.88 | 0.00 | 0.00 |
| 54U-3 | Illinois Dept. Of Revenue | 6,508.36 | 0.00 | 0.00 |
| 56 | Euler Hermes ACI Assignee of | 181,395.81 | 0.00 | 0.00 |
| 58 -2 | Plaspros, Inc. | 117,587.72 | 0.00 | 0.00 |
| 59 -2 | Heath Corporation | 13,258.63 | 0.00 | 0.00 |
| 63 | Elmora Sales Company | 11,179.98 | 0.00 | 0.00 |
| 64 | Euler Hermes ACI Assignee | 388,793.89 | 0.00 | 0.00 |
| 65 | Fisher/Unitech inc | 6,517.46 | 0.00 | 0.00 |
| 66 | Heritage Crystal Clean, LLC | 14,258.68 | 0.00 | 0.00 |
| 67 -2 | JP Morgan Chase Bank successor Chase Eqmt Finance | 509,022.45 | 290,000.00 | 0.00 |
| 68 | Aerotek Inc | 40,165.27 | 0.00 | 0.00 |
| 69 | YRC, Inc f/k/a Roadway Express Inc | 78,884.76 | 0.00 | 0.00 |
| 70 | USF Holland Inc | 196,012.27 | 0.00 | 0.00 |
| 73 | STAG III Streamwood, LLC | 5,784,718.39 | 415,000.00 | 0.00 |
| 76 -2 | The Insurance Co of the State | 852,962.62 | 0.00 | 0.00 |
| 77 | Waste Management | 6,826.25 | 0.00 | 0.00 |
| 78 | Roadrunner Transportation Services | 48,000.96 | 0.00 | 0.00 |
| 79 | Unisource World Wide | 4,021.24 | 0.00 | 0.00 |
| 81 | Poly-Flex Inc | 23,564.54 | 0.00 | 0.00 |
| 83 -2 | Duraco Products, Inc. Employee Health Benefit Plan | 288,315.44 | 0.00 | 0.00 |
| 85 | Alisa Angel | 9,171.27 | 0.00 | 0.00 |
| 86 | Transparent Container Co., Inc. | 51,926.69 | 0.00 | 0.00 |
| 88 -2 | State of Michigan, Department of Treasury | 37,646.63 | 0.00 | 0.00 |
| 89 | Exel Transportation Services Inc | 54,979.34 | 0.00 | 0.00 |
| 90 | FedEx Freight East | 389.64 | 0.00 | 0.00 |

UST Form 101-7-NFR (10/1/2010)

| | | | | |
|---|---|---:|---:|---:|
| 91 | Banner Solutions Inc | 21,860.00 | 0.00 | 0.00 |
| 92 | YRC Inc successor-in-interest | 5,097.23 | 0.00 | 0.00 |
| 93 | GT Products Inc | 5,550.00 | 0.00 | 0.00 |
| 94 | Englewood Electric Supply | 1,207.46 | 0.00 | 0.00 |
| 96 | New Chicago State Currency Exchange, Inc. | 1,771.40 | 0.00 | 0.00 |
| 97 | Graphics 2000 Inc | 5,455.10 | 0.00 | 0.00 |
| 98 | Phoenix International Freight | 9,260.13 | 0.00 | 0.00 |
| 99 -2 | P.M. Mold Company, Inc. | 78,625.57 | 0.00 | 0.00 |
| 100 | L D L Transfer Inc | 20,026.09 | 0.00 | 0.00 |
| 101 | Admiral Environmental Services Inc | 2,682.00 | 0.00 | 0.00 |
| 102 | Asquith Corporation | 1,528.47 | 0.00 | 0.00 |
| 103 | Fox Valley Fire & Safety | 4,231.91 | 0.00 | 0.00 |
| 104 | Perfection Servo Hydraulics Inc | 4,752.00 | 0.00 | 0.00 |
| 106 | BMC Solution Inc | 19,517.66 | 0.00 | 0.00 |
| 107 | L D L Transfer Inc | 20,026.09 | 0.00 | 0.00 |
| 108 | WCP-Fern Exposition Services | 967.46 | 0.00 | 0.00 |
| 109 | Polsinelli Shughart PC | 111,171.11 | 0.00 | 0.00 |
| 110 | Labor Network, Inc. | 4,986.72 | 0.00 | 0.00 |
| 111 | Labor Network, Inc. | 53,792.29 | 0.00 | 0.00 |
| 112 | J L Wagner Plumbing & Piping Inc | 820.00 | 0.00 | 0.00 |
| 113 | CCA Financial LLC | 11,181.93 | 0.00 | 0.00 |
| 114 | Field Packaging Group LLC | 75,355.31 | 0.00 | 0.00 |
| 115 | GreatBanc Trust Company | 500,000.00 | 0.00 | 0.00 |
| 116 | GreatBanc Trust Company | 500,000.00 | 0.00 | 0.00 |
| 118 -3 | The Plastics Group Inc | 53,448.39 | 0.00 | 0.00 |
| 119 | Transport Direct Express Inc | 7,871.28 | 0.00 | 0.00 |
| 120U | Illinois Department of Employment Security | 4,560.00 | 0.00 | 0.00 |
| 121U | Illinois Department of Employment Security | 890.00 | 0.00 | 0.00 |
| 122 | New York State Dept of | 50.00 | 0.00 | 0.00 |
| 123 | Plus Packaging Inc | 4,159.46 | 0.00 | 0.00 |
| 124 | Colors For Plastics Inc | 4,223.91 | 0.00 | 0.00 |
| 126 | Tech-Syn Corporation | 46.65 | 0.00 | 0.00 |
| 127 | Midwest Mechanical Group, Inc. | 12,506.83 | 0.00 | 0.00 |
| 131 | Timothy K. Liou, Esq. | 1,547.03 | 0.00 | 0.00 |

UST Form 101-7-NFR (10/1/2010)

| | | | | |
|---|---|---:|---:|---:|
| 132 | Hydra-Lift Industrial Truck | 1,172.61 | 0.00 | 0.00 |
| 133 -2 | Northwest Pallet Supply Co | 61,919.98 | 0.00 | 0.00 |
| 134 | Pro-Craft Industires | 2,036.00 | 0.00 | 0.00 |
| 135 | SMC3 | 600.00 | 0.00 | 0.00 |
| 136 | Victor Morales | 2,565.84 | 0.00 | 0.00 |
| 137 | Solomon Edwards Group LLC | 257,811.25 | 0.00 | 0.00 |
| 138 | Better Way Inc | 117.63 | 0.00 | 0.00 |
| 139 | Transervicios S A DE C V | 17,303.90 | 0.00 | 0.00 |
| 142 | Filenow.com, Inc. | 1,544.74 | 0.00 | 0.00 |
| 144 | Janes Power Systems Inc | 3,442.60 | 0.00 | 0.00 |
| 146 | Dunn Sales & Marketing Inc | 24,006.60 | 0.00 | 0.00 |
| 147 | WILLIAM E MOORE | 1,809.50 | 0.00 | 0.00 |
| 148 | Hawkeye Information Systems Inc | 650.00 | 0.00 | 0.00 |
| 149 -2 | Bullet Freight Systems, Inc. | 289,627.00 | 0.00 | 0.00 |
| 150 | United Polychem Inc | 545,841.03 | 0.00 | 0.00 |
| 151 | Stik-II Products Inc | 15,932.20 | 0.00 | 0.00 |
| 152 -2 | Bryan Hodson | 11,932.53 | 0.00 | 0.00 |
| 153 | Leasing Associates Inc | 9,019.67 | 0.00 | 0.00 |
| 155 | Freightdoc International Inc | 218,041.00 | 0.00 | 0.00 |
| 157 | Gayle R. Proctor | 45,722.55 | 0.00 | 0.00 |
| 159 | Reed Exhibition Companies | 14,073.75 | 0.00 | 0.00 |
| 161 | Home Depot U.S.A., Inc. | 14,688.47 | 0.00 | 0.00 |
| 163 | HMS Mfg. Co. | 386,817.81 | 0.00 | 0.00 |
| 165 | Fanplastic Molding Company | 145,052.46 | 0.00 | 0.00 |
| 166 | Durkin Electric Co Inc | 396.00 | 0.00 | 0.00 |
| 168 | Skyline Pallets Service Inc | 44,288.20 | 0.00 | 0.00 |
| 169 | Simplex Grinnell | 4,462.65 | 0.00 | 0.00 |
| 170 | Majic Plastics Inc | 52,684.00 | 0.00 | 0.00 |
| 171 | J Q Miske Ltd | 49,669.59 | 0.00 | 0.00 |
| 172 | Eaton Electrical Inc | 4,538.23 | 0.00 | 0.00 |
| 173 -3 | Welch Packaging Chicago Inc | 432,567.06 | 7,500.00 | 0.00 |
| 174 | Nicor Gas | 137,341.32 | 0.00 | 0.00 |
| 175 | International Packaging & Distribution | 19,381.88 | 0.00 | 0.00 |
| 176 | Seaton Corp. d/b/a Staff Management | 669,785.75 | 0.00 | 0.00 |

UST Form 101-7-NFR (10/1/2010)

| | | | | |
|---|---|---:|---:|---:|
| 177 | National Union Fire Ins Co | 1,048.00 | 0.00 | 0.00 |
| 179 -2 | Crown Credit Company | 83,038.66 | 5,000.00 | 0.00 |
| 180 | Sebert Landscaping Company | 14,537.25 | 0.00 | 0.00 |
| 181 -2 | Chicago Mold Engineering Co., Inc. | 140,620.00 | 0.00 | 0.00 |
| 182 | Morgan & Bley, Ltd. | 210,694.05 | 0.00 | 0.00 |
| 183 | John M Licht et al | 448,071.86 | 0.00 | 0.00 |
| 184 | RSM McGladrey Inc | 16,184.00 | 0.00 | 0.00 |
| 185 | McGladrey & Pullen LLP | 8,183.00 | 0.00 | 0.00 |
| 186 | Steiner Electric Company | 1,459.26 | 0.00 | 0.00 |
| 187 | Conveyor Solutions Inc | 2,359.97 | 0.00 | 0.00 |
| 189 | Peter Todd | 48,370.00 | 0.00 | 0.00 |
| 190 | Superior Die Set Corp | 5,217.94 | 0.00 | 0.00 |
| 192 | Oakwood Technologies Inc | 5,317.00 | 0.00 | 0.00 |
| 195 | Patrick, Carl | 24,000.00 | 0.00 | 0.00 |
| 196 | Transervicios S A DE C V | 17,303.90 | 0.00 | 0.00 |
| 198 | Mike Dickey | 4,980.00 | 0.00 | 0.00 |
| 199 | Pablino Martinez | 1,364.00 | 0.00 | 0.00 |
| 200 | Robin Ritchey | 9,043.84 | 0.00 | 0.00 |
| 201 | Adalberto Jimenez | 4,352.00 | 0.00 | 0.00 |
| 202 | William Van Dusen | 21,047.70 | 0.00 | 0.00 |
| 203 | Kenneth Socki | 7,994.26 | 0.00 | 0.00 |
| 205U | Agata Tomas | 4,298.16 | 0.00 | 0.00 |
| 206 | Maria Avina | 1,860.00 | 0.00 | 0.00 |
| 210 | Silvia Perez | 1,364.00 | 0.00 | 0.00 |
| 211U | Illinois Department of Employment Security | 9,710.00 | 0.00 | 0.00 |
| 215 | Field Packaging Group LLC | 75,355.31 | 0.00 | 0.00 |
| 216 | Steiner Electric Company | 1,459.26 | 0.00 | 0.00 |
| 217 | Graphics 2000 Inc | 5,455.10 | 0.00 | 0.00 |
| 218 | RSM McGladrey Inc | 1,017.00 | 0.00 | 0.00 |
| 219 | Janes Power Systems Inc | 3,442.60 | 0.00 | 0.00 |
| 220 | SMC3 | 600.00 | 0.00 | 0.00 |
| 222 | Richard A Prondzinski | 4,332.00 | 0.00 | 0.00 |
| 223 | McGladrey & Pullen LLP | 29,395.00 | 0.00 | 0.00 |
| 224 | UPS Freight | 584.35 | 0.00 | 0.00 |

UST Form 101-7-NFR (10/1/2010)

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 226U | Patrick, Carl | 112.00 | 0.00 | 0.00 |
| 227 | New York State Dept of | 50.00 | 0.00 | 0.00 |
| 228 | Kim Bronke | 10,193.82 | 0.00 | 0.00 |
| 230 | Oakwood Technologies Inc | 4,917.00 | 0.00 | 0.00 |
| 231 | John M Licht et al | 448,071.86 | 0.00 | 0.00 |
| 237 | Yellostone Logistics Inc | 21,491.80 | 0.00 | 0.00 |
| 238 | Gayle R. Proctor | 45,722.55 | 0.00 | 0.00 |
| 241 | A Federated Corporation | 98,138.50 | 0.00 | 0.00 |
| 242 | Sixto Reyna | 7,494.40 | 0.00 | 0.00 |
| 247 | Admiral Environmental Services Inc | 2,682.00 | 0.00 | 0.00 |
| 248 | Eaton Corporation fka Eaton Electrical Inc | 4,538.23 | 0.00 | 0.00 |
| 249 | Cardinal Packaging Products, LLC | 199,793.98 | 0.00 | 0.00 |
| 250 | Solomon Edwards Group LLC | 257,811.25 | 0.00 | 0.00 |
| 252 | Accountemps Div. of | 1,646.04 | 0.00 | 0.00 |
| 256U | Dorothy A Raveling | 901.99 | 0.00 | 0.00 |
| 257 | Leasing Associates, Inc. on behalf of LAI Trust | 107,570.98 | 0.00 | 0.00 |
| 258 | Pro-Craft Industires | 2,036.00 | 0.00 | 0.00 |
| 267 | MLT Providers | 7,414.01 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims:    $    0.00
Remaining balance:    $    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 460,427.64 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 261 | Hydra-Lift Industrial Truck Inc | 11,172.61 | 0.00 | 0.00 |
| 262 | Shannon Industrial Corp | 362,138.54 | 0.00 | 0.00 |
| 264 | Polysource LLC | 71,283.48 | 0.00 | 0.00 |
| 266U | Internal Revenue Service | 15,833.01 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims:    $    0.00
Remaining balance:    $    0.00

UST Form 101-7-NFR (10/1/2010)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/EUGENE CRANE
Trustee

EUGENE CRANE
135 S. LaSalle Street, #3705
Chicago, IL 60603
(312) 641-6777

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)