## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | | |
|---|---|---|---|
| In re: | DURACO PRODUCTS, INC. | § | Case No. 08-31353 |
| | | § | |
| | | § | |
| Debtor(s) | | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that EUGENE CRANE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00am on 08/29/2012 in Courtroom 744, United States Courthouse Courthouse, 219 S. Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/31/2012          By:   /s/Eugene Crane
                                       Trustee

EUGENE CRANE
135 S. LaSalle Street, #3705
Chicago, IL 60603
(312) 641-6777

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: DURACO PRODUCTS, INC.                    §       Case No. 08-31353
                                                §
                                                §
        Debtor(s)                               §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

The Final Report shows receipts of            $      2,357,339.79

and approved disbursements of                 $      1,787,935.04

leaving a balance on hand of  $^{1}$          $        569,404.75

                    Balance on hand:          $        569,404.75

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|----------------|-------------------------|--------------------------|------------------|
| 57 | Bayone Urethane Systems, LLC | 170,802.11 | 146,000.00 | 146,000.00 | 0.00 |
| 260 | Bibby Financial Services (Midwest)Inc | 679,682.65 | 679,682.65 | 125,000.00 | 336,059.73 |

                    Total to be paid to secured creditors:    $      336,059.73
                    Remaining balance:                        $      233,345.02

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|------------------|-----------------|--------------------------|------------------|
| Trustee, Fees - EUGENE CRANE | 92,763.35 | 0.00 | 92,763.35 |
| Attorney for Trustee, Fees - Crane, Heyman, Simon, Welch & Clar | 115,838.00 | 0.00 | 115,838.00 |
| Attorney for Trustee, Expenses - Crane, Heyman, Simon, Welch & Clar | 4,337.37 | 0.00 | 4,337.37 |
| Accountant for Trustee, Fees - Popowcer Katten, Ltd. | 10,639.50 | 0.00 | 10,639.50 |
| Accountant for Trustee, Expenses - Popowcer Katten, Ltd. | 16.80 | 0.00 | 16.80 |
| Fees, United States Trustee | 9,750.00 | 0.00 | 9,750.00 |

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Total to be paid for chapter 7 administrative expenses:     $     233,345.02
Remaining balance:     $     0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:     $     0.00
Remaining balance:     $     0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $2,766,173.93 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2P | Internal Revenue Service | 799,649.26 | 0.00 | 0.00 |
| 17 | Jose V Delgado Jr | 8,300.00 | 0.00 | 0.00 |
| 18 -2 | Maria D Camacho | 3,813.60 | 0.00 | 0.00 |
| 19 | Victor Mordles | 3,542.40 | 0.00 | 0.00 |
| 20 | Susan A Podraza | 2,586.88 | 0.00 | 0.00 |
| 21 | Arthur H Kay | 9,158.40 | 0.00 | 0.00 |
| 22 | Roger L Ax | 5,127.98 | 0.00 | 0.00 |
| 23 | Leon Wasniewski | 8,594.95 | 0.00 | 0.00 |
| 24 | Fatme Balboa | 13,500.98 | 0.00 | 0.00 |
| 25 | Michael R Moconey | 328.00 | 0.00 | 0.00 |
| 28 | Terry Lee Schwartz | 621.60 | 0.00 | 0.00 |
| 30 | Mitchell Powers | 212.96 | 0.00 | 0.00 |
| 35 | Sixto Reyna | 15,507.23 | 0.00 | 0.00 |
| 36 | Nelda S Reyna | 16,193.91 | 0.00 | 0.00 |
| 37 | Audelia G Sanchez | 34,142.06 | 0.00 | 0.00 |
| 38 | Kenneth P Champagne | 644.40 | 0.00 | 0.00 |
| 39 | Richard A Prondzinski | 4,332.00 | 0.00 | 0.00 |
| 40 -2 | Howard B Walker | 8,196.60 | 0.00 | 0.00 |
| 45 | Victor Mordles | 5,542.40 | 0.00 | 0.00 |
| 46 | Jose V Delgado Jr | 2,907.40 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| 47 | Mitchell Powers   Certificate of Notice   Page 4 of 19 | 0.00 | 0.00 |
| 48 | Terry Lee Schwartz | 621.60 | 0.00 | 0.00 |
| 52 | Hermie Marvel | 2,220.00 | 0.00 | 0.00 |
| 54P-3 | Illinois Dept. Of Revenue | 108,913.36 | 0.00 | 0.00 |
| 55 | Dorothy A Raveling | 1,210.72 | 0.00 | 0.00 |
| 60 | Margaret A Lordan | 128.88 | 0.00 | 0.00 |
| 61 -2 | Margaret A Lordan | 6,026.44 | 0.00 | 0.00 |
| 62 -3 | Charmaine R Schallmo | 4,927.56 | 0.00 | 0.00 |
| 71 | Mei OI Woo | 1,062.60 | 0.00 | 0.00 |
| 72 -2 | Hung Viet Nguyen | 2,317.84 | 0.00 | 0.00 |
| 74 | Gayle R Proctor | 2,013.76 | 0.00 | 0.00 |
| 75 | Yee Man Yu | 914.32 | 0.00 | 0.00 |
| 80 | OHIO DEPARTMENT OF TAXATION | 285.11 | 0.00 | 0.00 |
| 82 | Edmond M Nagle | 4,204.96 | 0.00 | 0.00 |
| 84 | Mukesh R Bhatia | 3,790.38 | 0.00 | 0.00 |
| 87 -2 | State of Michigan, Department of Treasury | 166,558.69 | 0.00 | 0.00 |
| 95 -3 | Illinois Dept. Of Revenue | 64,713.48 | 0.00 | 0.00 |
| 105 | Jose V Delgado Jr | 2,907.21 | 0.00 | 0.00 |
| 117 | Victor Mordles | 5,542.40 | 0.00 | 0.00 |
| 120P | Illinois Department of Employment Security | 126,106.98 | 0.00 | 0.00 |
| 121P | Illinois Department of Employment Security | 779.04 | 0.00 | 0.00 |
| 128 | Lidia G Bribiesca | 2,564.00 | 0.00 | 0.00 |
| 129 | Mark A Keyes | 2,051.00 | 0.00 | 0.00 |
| 130 | Mark S Nagel | 2,838.00 | 0.00 | 0.00 |
| 141 | Kim Bronke | 10,193.82 | 0.00 | 0.00 |
| 154 | Arthur H Kay | 9,158.40 | 0.00 | 0.00 |
| 156 | Gayle R Proctor | 2,013.76 | 0.00 | 0.00 |
| 158 | Patricia Seidl | 1,952.00 | 0.00 | 0.00 |
| 160 | Rudolph Seidl | 2,223.00 | 0.00 | 0.00 |
| 162 | Kenneth Socki | 5,600.50 | 0.00 | 0.00 |
| 167 | Lesley Baseley | 5,709.48 | 0.00 | 0.00 |
| 178 | RMG Inc | 8,078.37 | 0.00 | 0.00 |
| 188 | Southwest Regional Reps Inc | 10,950.00 | 0.00 | 0.00 |
| 191 | Maria P Garza | 1,562.82 | 0.00 | 0.00 |

| 204 | Donna Magnuson | 2,835.89 | 0.00 | 0.00 |
|---|---|---|---|---|
| 205P | Agata Tomas | 1,684.80 | 0.00 | 0.00 |
| 207 | Maribel Jimenez | 2,520.00 | 0.00 | 0.00 |
| 208 | Maria Vasquez | 2,201.08 | 0.00 | 0.00 |
| 209 | Irma M. Rodriguez | 5,172.76 | 0.00 | 0.00 |
| 211P | Illinois Department of Employment Security | 329,196.49 | 0.00 | 0.00 |
| 212 | Patricia Seidl | 1,952.00 | 0.00 | 0.00 |
| 213 | Jose V Delgado Jr | 2,907.04 | 0.00 | 0.00 |
| 214 | Rudolph Seidl | 2,223.00 | 0.00 | 0.00 |
| 221 | Hermie Marvel | 1,776.00 | 0.00 | 0.00 |
| 225 | Asquith Corporation | 1,528.47 | 0.00 | 0.00 |
| 226P | Patrick, Carl | 11,725.00 | 0.00 | 0.00 |
| 229 | Victor Mordles | 3,542.40 | 0.00 | 0.00 |
| 234 | Victor Morales | 2,565.84 | 0.00 | 0.00 |
| 235 | Lidia G Bribiesca | 2,564.00 | 0.00 | 0.00 |
| 236 | Mark A Keyes | 2,051.00 | 0.00 | 0.00 |
| 239 | Audelia G Sanchez | 23,042.06 | 0.00 | 0.00 |
| 240 | Michael R. Moloney | 735.05 | 0.00 | 0.00 |
| 243 | Nelda S Reyna | 7,928.80 | 0.00 | 0.00 |
| 244 | Terry Lee Schwartz | 621.60 | 0.00 | 0.00 |
| 245 | Mitchell Powers | 212.96 | 0.00 | 0.00 |
| 246 | Edmond M Nagle | 4,204.96 | 0.00 | 0.00 |
| 251 | WILLIAM E MOORE | 10,000.00 | 0.00 | 0.00 |
| 253 | Mei OI Woo | 1,065.60 | 0.00 | 0.00 |
| 254 | Terry L Schwartz | 621.60 | 0.00 | 0.00 |
| 255 | Mitchell Powers | 212.96 | 0.00 | 0.00 |
| 256P | Dorothy A Raveling | 1,210.72 | 0.00 | 0.00 |
| 259 | Arthur H Kay | 9,158.70 | 0.00 | 0.00 |
| 263 | Indiana Dept of Workforce Development | 7,407.49 | 0.00 | 0.00 |
| 266P | Internal Revenue Service | 800,049.26 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

|  | Total to be paid to priority claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 18,610,523.61 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Matson Integrated Logistics | 170,347.50 | 0.00 | 0.00 |
| 2U | Internal Revenue Service | 15,833.01 | 0.00 | 0.00 |
| 3 | Alliance Staffing, Inc. | 181,395.81 | 0.00 | 0.00 |
| 4 | Warehouse Direct, Inc. | 7,845.97 | 0.00 | 0.00 |
| 5 | Averitt Express Inc | 8,629.53 | 0.00 | 0.00 |
| 6 | TIN Inc dba Temple-inland | 31,051.39 | 0.00 | 0.00 |
| 7 | CDW Corporation | 6,544.60 | 0.00 | 0.00 |
| 8 | Conocophillips Company | 341,207.00 | 0.00 | 0.00 |
| 9 | Con-Way Freight Inc | 8,199.59 | 0.00 | 0.00 |
| 10 | Ineos Olefins & Polymers USA | 94,436.50 | 0.00 | 0.00 |
| 11 | KHL Engineered Packaging | 1,889.44 | 0.00 | 0.00 |
| 12 | Delta Industries Int'l Inc. | 24,662.47 | 0.00 | 0.00 |
| 13 | W W Grainger Inc | 1,299.69 | 0.00 | 0.00 |
| 14 | Schneider National Inc. | 18,064.91 | 0.00 | 0.00 |
| 15 | R K Schaff Assocates Inc | 11,912.50 | 0.00 | 0.00 |
| 16 | Central Freight Lines Inc | 268,987.28 | 0.00 | 0.00 |
| 26 | Advance Payroll Funding, LTD | 227,933.75 | 0.00 | 0.00 |
| 27 | ComEd Co | 43,056.23 | 0.00 | 0.00 |
| 29 | Matilde Ledesma | 261.75 | 0.00 | 0.00 |
| 31 | Garden Sales Assoc Inc | 6,181.47 | 0.00 | 0.00 |
| 32 | Shannon Industrial Corp | 362,138.54 | 0.00 | 0.00 |
| 33 | The Insurance Co. of the State of Pennsylvania | 149,459.68 | 0.00 | 0.00 |
| 34 | Pitney Bowes Inc | 24,939.60 | 0.00 | 0.00 |

| | | | | |
|---|---|---|---|---|
| 41 | Euler Hermes ACI Assignee | 86,038.19 | 0.00 | 0.00 |
| 42 | Pallets Inc | 11,220.00 | 0.00 | 0.00 |
| 43 | Bearing Headquarters Co | 643.40 | 0.00 | 0.00 |
| 44 | A Federated Corporation | 98,138.50 | 0.00 | 0.00 |
| 49 | Cyclone One Inc | 8,385.60 | 0.00 | 0.00 |
| 50 | The Beek Company | 74,330.00 | 0.00 | 0.00 |
| 51 | JWB Cleaning Contractors Inc | 3,767.00 | 0.00 | 0.00 |
| 53 | OfficeMax | 1,801.88 | 0.00 | 0.00 |
| 54U-3 | Illinois Dept. Of Revenue | 6,508.36 | 0.00 | 0.00 |
| 56 | Euler Hermes ACI Assignee of | 181,395.81 | 0.00 | 0.00 |
| 58 -2 | Plaspros, Inc. | 117,587.72 | 0.00 | 0.00 |
| 59 -2 | Heath Corporation | 13,258.63 | 0.00 | 0.00 |
| 63 | Elmora Sales Company | 11,179.98 | 0.00 | 0.00 |
| 64 | Euler Hermes ACI Assignee | 388,793.89 | 0.00 | 0.00 |
| 65 | Fisher/Unitech inc | 6,517.46 | 0.00 | 0.00 |
| 66 | Heritage Crystal Clean, LLC | 14,258.68 | 0.00 | 0.00 |
| 67 -2 | JP Morgan Chase Bank successor Chase Eqmt Finance | 509,022.45 | 290,000.00 | 0.00 |
| 68 | Aerotek Inc | 40,165.27 | 0.00 | 0.00 |
| 69 | YRC, Inc f/k/a Roadway Express Inc | 78,884.76 | 0.00 | 0.00 |
| 70 | USF Holland Inc | 196,012.27 | 0.00 | 0.00 |
| 73 | STAG III Streamwood, LLC | 5,784,718.39 | 415,000.00 | 0.00 |
| 76 -2 | The Insurance Co of the State | 852,962.62 | 0.00 | 0.00 |
| 77 | Waste Management | 6,826.25 | 0.00 | 0.00 |
| 78 | Roadrunner Transportation Services | 48,000.96 | 0.00 | 0.00 |
| 79 | Unisource World Wide | 4,021.24 | 0.00 | 0.00 |
| 81 | Poly-Flex Inc | 23,564.54 | 0.00 | 0.00 |
| 83 -2 | Duraco Products, Inc. Employee Health Benefit Plan | 288,315.44 | 0.00 | 0.00 |
| 85 | Alisa Angel | 9,171.27 | 0.00 | 0.00 |
| 86 | Transparent Container Co., Inc. | 51,926.69 | 0.00 | 0.00 |
| 88 -2 | State of Michigan, Department of Treasury | 37,646.63 | 0.00 | 0.00 |
| 89 | Exel Transportation Services Inc | 54,979.34 | 0.00 | 0.00 |
| 90 | FedEx Freight East | 389.64 | 0.00 | 0.00 |

| 91 | Banner Solutions Inc | 23,860.00 | 0.00 | 0.00 |
|---|---|---|---|---|
| 92 | YRC Inc successor-in-interest | 5,097.23 | 0.00 | 0.00 |
| 93 | GT Products Inc | 5,550.00 | 0.00 | 0.00 |
| 94 | Englewood Electric Supply | 1,207.46 | 0.00 | 0.00 |
| 96 | New Chicago State Currency Exchange, Inc. | 1,771.40 | 0.00 | 0.00 |
| 97 | Graphics 2000 Inc | 5,455.10 | 0.00 | 0.00 |
| 98 | Phoenix International Freight | 9,260.13 | 0.00 | 0.00 |
| 99 -2 | P.M. Mold Company, Inc. | 78,625.57 | 0.00 | 0.00 |
| 100 | L D L Transfer Inc | 20,026.09 | 0.00 | 0.00 |
| 101 | Admiral Environmental Services Inc | 2,682.00 | 0.00 | 0.00 |
| 102 | Asquith Corporation | 1,528.47 | 0.00 | 0.00 |
| 103 | Fox Valley Fire & Safety | 4,231.91 | 0.00 | 0.00 |
| 104 | Perfection Servo Hydraulics Inc | 4,752.00 | 0.00 | 0.00 |
| 106 | BMC Solution Inc | 19,517.66 | 0.00 | 0.00 |
| 107 | L D L Transfer Inc | 20,026.09 | 0.00 | 0.00 |
| 108 | WCP-Fern Exposition Services | 967.46 | 0.00 | 0.00 |
| 109 | Polsinelli Shughart PC | 111,171.11 | 0.00 | 0.00 |
| 110 | Labor Network, Inc. | 4,986.72 | 0.00 | 0.00 |
| 111 | Labor Network, Inc. | 53,792.29 | 0.00 | 0.00 |
| 112 | J L Wagner Plumbing & Piping Inc | 820.00 | 0.00 | 0.00 |
| 113 | CCA Financial LLC | 11,181.93 | 0.00 | 0.00 |
| 114 | Field Packaging Group LLC | 75,355.31 | 0.00 | 0.00 |
| 115 | GreatBanc Trust Company | 500,000.00 | 0.00 | 0.00 |
| 116 | GreatBanc Trust Company | 500,000.00 | 0.00 | 0.00 |
| 118 -3 | The Plastics Group Inc | 53,448.39 | 0.00 | 0.00 |
| 119 | Transport Direct Express Inc | 7,871.28 | 0.00 | 0.00 |
| 120U | Illinois Department of Employment Security | 4,560.00 | 0.00 | 0.00 |
| 121U | Illinois Department of Employment Security | 890.00 | 0.00 | 0.00 |
| 122 | New York State Dept of | 50.00 | 0.00 | 0.00 |
| 123 | Plus Packaging Inc | 4,159.46 | 0.00 | 0.00 |
| 124 | Colors For Plastics Inc | 4,223.91 | 0.00 | 0.00 |
| 126 | Tech-Syn Corporation | 46.65 | 0.00 | 0.00 |
| 127 | Midwest Mechanical Group, Inc. | 12,506.83 | 0.00 | 0.00 |
| 131 | Timothy K. Liou, Esq. | 1,547.03 | 0.00 | 0.00 |

| 132 | Hydra-Lift Industrial Truck | 102.59 | 0.00 | 0.00 |
|---|---|---|---|---|
| 133 -2 | Northwest Pallet Supply Co | 61,919.98 | 0.00 | 0.00 |
| 134 | Pro-Craft Industires | 2,036.00 | 0.00 | 0.00 |
| 135 | SMC3 | 600.00 | 0.00 | 0.00 |
| 136 | Victor Morales | 2,565.84 | 0.00 | 0.00 |
| 137 | Solomon Edwards Group LLC | 257,811.25 | 0.00 | 0.00 |
| 138 | Better Way Inc | 117.63 | 0.00 | 0.00 |
| 139 | Transervicios S A DE C V | 17,303.90 | 0.00 | 0.00 |
| 142 | Filenow.com, Inc. | 1,544.74 | 0.00 | 0.00 |
| 144 | Janes Power Systems Inc | 3,442.60 | 0.00 | 0.00 |
| 146 | Dunn Sales & Marketing Inc | 24,006.60 | 0.00 | 0.00 |
| 147 | WILLIAM E MOORE | 1,809.50 | 0.00 | 0.00 |
| 148 | Hawkeye Information Systems Inc | 650.00 | 0.00 | 0.00 |
| 149 -2 | Bullet Freight Systems, Inc. | 289,627.00 | 0.00 | 0.00 |
| 150 | United Polychem Inc | 545,841.03 | 0.00 | 0.00 |
| 151 | Stik-II Products Inc | 15,932.20 | 0.00 | 0.00 |
| 152 -2 | Bryan Hodson | 11,932.53 | 0.00 | 0.00 |
| 153 | Leasing Associates Inc | 9,019.67 | 0.00 | 0.00 |
| 155 | Freightdoc International Inc | 218,041.00 | 0.00 | 0.00 |
| 157 | Gayle R. Proctor | 45,722.55 | 0.00 | 0.00 |
| 159 | Reed Exhibition Companies | 14,073.75 | 0.00 | 0.00 |
| 161 | Home Depot U.S.A., Inc. | 14,688.47 | 0.00 | 0.00 |
| 163 | HMS Mfg. Co. | 386,817.81 | 0.00 | 0.00 |
| 165 | Fanplastic Molding Company | 145,052.46 | 0.00 | 0.00 |
| 166 | Durkin Electric Co Inc | 396.00 | 0.00 | 0.00 |
| 168 | Skyline Pallets Service Inc | 44,288.20 | 0.00 | 0.00 |
| 169 | Simplex Grinnell | 4,462.65 | 0.00 | 0.00 |
| 170 | Majic Plastics Inc | 52,684.00 | 0.00 | 0.00 |
| 171 | J Q Miske Ltd | 49,669.59 | 0.00 | 0.00 |
| 172 | Eaton Electrical Inc | 4,538.23 | 0.00 | 0.00 |
| 173 -3 | Welch Packaging Chicago Inc | 432,567.06 | 7,500.00 | 0.00 |
| 174 | Nicor Gas | 137,341.32 | 0.00 | 0.00 |
| 175 | International Packaging & Distribution | 19,381.88 | 0.00 | 0.00 |
| 176 | Seaton Corp. d/b/a Staff Management | 669,785.75 | 0.00 | 0.00 |

| 177 | National Union Fire Ins of... | Certificate of Notice | Page 10 of 19 | 0.00 | 0.00 |
|---|---|---|---|---|---|
| 179 -2 | Crown Credit Company | | 83,038.66 | 5,000.00 | 0.00 |
| 180 | Sebert Landscaping Company | | 14,537.25 | 0.00 | 0.00 |
| 181 -2 | Chicago Mold Engineering Co., Inc. | | 140,620.00 | 0.00 | 0.00 |
| 182 | Morgan & Bley, Ltd. | | 210,694.05 | 0.00 | 0.00 |
| 183 | John M Licht et al | | 448,071.86 | 0.00 | 0.00 |
| 184 | RSM McGladrey Inc | | 16,184.00 | 0.00 | 0.00 |
| 185 | McGladrey & Pullen LLP | | 8,183.00 | 0.00 | 0.00 |
| 186 | Steiner Electric Company | | 1,459.26 | 0.00 | 0.00 |
| 187 | Conveyor Solutions Inc | | 2,359.97 | 0.00 | 0.00 |
| 189 | Peter Todd | | 48,370.00 | 0.00 | 0.00 |
| 190 | Superior Die Set Corp | | 5,217.94 | 0.00 | 0.00 |
| 192 | Oakwood Technologies Inc | | 5,317.00 | 0.00 | 0.00 |
| 195 | Patrick, Carl | | 24,000.00 | 0.00 | 0.00 |
| 196 | Transervicios S A DE C V | | 17,303.90 | 0.00 | 0.00 |
| 198 | Mike Dickey | | 4,980.00 | 0.00 | 0.00 |
| 199 | Pablino Martinez | | 1,364.00 | 0.00 | 0.00 |
| 200 | Robin Ritchey | | 9,043.84 | 0.00 | 0.00 |
| 201 | Adalberto Jimenez | | 4,352.00 | 0.00 | 0.00 |
| 202 | William Van Dusen | | 21,047.70 | 0.00 | 0.00 |
| 203 | Kenneth Socki | | 7,994.26 | 0.00 | 0.00 |
| 205U | Agata Tomas | | 4,298.16 | 0.00 | 0.00 |
| 206 | Maria Avina | | 1,860.00 | 0.00 | 0.00 |
| 210 | Silvia Perez | | 1,364.00 | 0.00 | 0.00 |
| 211U | Illinois Department of Employment Security | | 9,710.00 | 0.00 | 0.00 |
| 215 | Field Packaging Group LLC | | 75,355.31 | 0.00 | 0.00 |
| 216 | Steiner Electric Company | | 1,459.26 | 0.00 | 0.00 |
| 217 | Graphics 2000 Inc | | 5,455.10 | 0.00 | 0.00 |
| 218 | RSM McGladrey Inc | | 1,017.00 | 0.00 | 0.00 |
| 219 | Janes Power Systems Inc | | 3,442.60 | 0.00 | 0.00 |
| 220 | SMC3 | | 600.00 | 0.00 | 0.00 |
| 222 | Richard A Prondzinski | | 4,332.00 | 0.00 | 0.00 |
| 223 | McGladrey & Pullen LLP | | 29,395.00 | 0.00 | 0.00 |
| 224 | UPS Freight | | 584.35 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| 226U | Patrick, Carl | 21,731.10 | 0.00 | 0.00 |
|---|---|---|---|---|
| 227 | New York State Dept of | 50.00 | 0.00 | 0.00 |
| 228 | Kim Bronke | 10,193.82 | 0.00 | 0.00 |
| 230 | Oakwood Technologies Inc | 4,917.00 | 0.00 | 0.00 |
| 231 | John M Licht et al | 448,071.86 | 0.00 | 0.00 |
| 237 | Yellowstone Logistics Inc | 21,491.80 | 0.00 | 0.00 |
| 238 | Gayle R. Proctor | 45,722.55 | 0.00 | 0.00 |
| 241 | A Federated Corporation | 98,138.50 | 0.00 | 0.00 |
| 242 | Sixto Reyna | 7,494.40 | 0.00 | 0.00 |
| 247 | Admiral Environmental Services Inc | 2,682.00 | 0.00 | 0.00 |
| 248 | Eaton Corporation fka Eaton Electrical Inc | 4,538.23 | 0.00 | 0.00 |
| 249 | Cardinal Packaging Products, LLC | 199,793.98 | 0.00 | 0.00 |
| 250 | Solomon Edwards Group LLC | 257,811.25 | 0.00 | 0.00 |
| 252 | Accountemps Div. of | 1,646.04 | 0.00 | 0.00 |
| 256U | Dorothy A Raveling | 901.99 | 0.00 | 0.00 |
| 257 | Leasing Associates, Inc. on behalf of LAI Trust | 107,570.98 | 0.00 | 0.00 |
| 258 | Pro-Craft Industries | 2,036.00 | 0.00 | 0.00 |
| 267 | MLT Providers | 7,414.01 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 460,427.64 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 261 | Hydra-Lift Industrial Truck Inc | 11,172.61 | 0.00 | 0.00 |
| 262 | Shannon Industrial Corp | 362,138.54 | 0.00 | 0.00 |
| 264 | Polysource LLC | 71,283.48 | 0.00 | 0.00 |
| 266U | Internal Revenue Service | 15,833.01 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: $ | | 0.00 |
| Remaining balance: | $ | 0.00 |

Prepared By:  /s/EUGENE CRANE

Trustee

EUGENE CRANE
135 S. LaSalle Street, #3705
Chicago, IL 60603
(312) 641-6777

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 08-31353-ERW
Duraco Products, Inc.                                           Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: vwalker          Page 1 of 7          Date Rcvd: Aug 01, 2012
                             Form ID: pdf006         Total Noticed: 216

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 03, 2012.
```
db          #+Duraco Products, Inc.,   1109 E. Lake Street,   Streamwood, IL 60107-4395
13022698    +815 Pallets Inc,   P O Box 1922,   Woodstock, IL 60098-1922
12921987    +A Federated Corporation,   745 Dillon Dr,   Wood Dale, IL 60191-1273
15714517    +Accountemps Div. of,   Robert Half International,   Attn: Karen Lima,   P O Box 5024,
              San Ramon CA 94583-5024
15241786    +++Adalberto Jimenez,   c/o Katherine S Kolon,   77 W. Washington St. Suite 1402,
              Chicago, IL 60602-3499
13701438    +Admiral Environmental Services Inc,   2025 S Arlington Hts RD Suite 103,
              Arlington Hts, IL 60005-4141
12921988    +Advance Payroll,   3401 Enterprise Parkway,   5th Floor,   Beachwood, OH 44122-7342
12982335    +Advance Payroll Funding, LTD,   3401 Enterprise Parkway 5th Fl,   Beachwood, OH 44122-7342
13496878    +Aerotek Inc,   Attn Robert Nam,   7301 Parkway Drive,   Hanover, MD 21076-1108
15309664    +Agata Tomas,   77 W. Washington St.,   Suite 1402,   Chicago, IL 60602-3499
13596367    +++Alisa Angel,   119 Monahan Dr #401,   Ft Walton Beach, FL 32547-3735
12897717    +Alliance Staffing, Inc.,   c/o Robert R. Benjamin,   Querrey & Harrow, Ltd.,
              175 W. Jackson, Ste. 1600,   Chicago, IL 60604-2686
12973111    +Arthur H Kay,   521 Cloud Ct,   Schaumburg, IL 60193-2412
13516262    +Attn: Alan H. Simmons, Assistant General Counsel,   99 Chauncy Street,   Boston, MA 02111-1703
13516279    +Attn: Alan H. Simmons, LLC,   99 Chauncy Street,   Boston, MA 02111-1703
13016888    #+Audelia G Sanchez,   106 Crestwood Dr,   Streamwood, IL 60107-1608
12906184    +Averitt Express Inc,   PO Box 3166,   Cookeville, TN 38502-3166
13728168    +BMC Solution Inc,   PO Box 1777,   Kennesaw, GA 30156-8777
13610870    +Banner Solutions Inc,   American Financial Mgmt Inc,   3715 Ventura Drive,
              Arlington Heights, IL 60004-7696
13453719    +++Bayone Urethane Systems, LLC,   Allen J Guon  Shaw Gussis,   Fishman Glantz Wolfson & Towbin,
              321 N Clark St  Ste 800,   Chicago, IL 60654-4766
13785431    +Better Way Inc,   45 Chestnut Avenue,   Westmont, IL 60559-1127
15826066    +++Bibby Financial Services (Midwest)Inc,   Michael D Lee,   130 E Randolph Street  Ste 3800,
              Chicago, IL 60601-6317
13890183    +Bryan Hodson,   157 Peter Court Unit B,   Bartlett, IL 60103-7879
13812623    +Bullet Freight Systems, Inc.,   c/o William D. Brejcha,   Scopelitis, Garvin, Light, et al.,
              30 West Monroe Street - Suite 600,   Chicago, IL 60603-2427
13735832    +CCA Financial LLC,   Kim Albers,   7275 Glen Forest Dr  Ste 100,   Richmond, VA 23226-3779
12921802    +CDW Corporation,   c/o Receivable Management Services,   P O Box 5126,   Timonium, MD 21094-5126
13919600    Canadian Pacific Railway Company,   1100 De La Gauchetiere St W  Ste 450,
              Montreal, Quebec H3C 3E4 Canada
15660771    +Cardinal Packaging Products, LLC,   300 Exchange Dr., Ste. A,   Crystal Lake, IL 60014-6290
12964746    +Central Freight Lines Inc,   P O Box 2638,   Waco, TX 76702-2638
12921990    +Central Freight Lines Inc,   c/o Chamblee & Ryan PC,   2777 Stemmons Freeway Ste 1157,
              Dallas, TX 75207-2506
13462538    +Charmaine R Schallmo,   c/o Katherine S Kolon,   77 W Washington St Suite 1402,
              Chicago IL 60602-3499
12921991    +Chase Equipment Leasing Inc,   1111 Polaris Parkway,   Suite A3,   Columbus, OH 43240-2031
13496837    +Chase Equipment Leasing, Inc.,   c/o David L Kane,   Meltzer, Purtill & Stelle LLC,
              1515 E. Woodfield Road,   Schaumburg, IL 60173-5431
13959104    +Chicago Mold Engineering Co., Inc.,   Jeffrey S. Burns,   Crowley Barrett & Karaba, Ltd.,
              20 S. Clark St., Suite 2310,   Chicago, IL 60603-1806
13759680    +Colors For Plastics Inc,   Robert Dalleska,   2245 Pratt Blvd,   Elk Grove Village, IL 60007-5916
12947147    +Con-Way Freight Inc.,   c/o RMS Bankruptcy Recovery Services,   POB 5126,
              Timonium, Maryland 21094-5126
12943300    +Conocophillips Company,   c/o Kohner Mann & Kailas SC,   Washington Building Barnabas Bus Ctr,
              4650 N Port Washington Road,   Milwaukee, WI 53212-1077
12921992    +Conocophillips Company,   P O Box 88,   Bartlesville, OK 74005-0088
13967266    +Conveyor Solutions Inc,   902 Morse Ave,   Schaumburg, IL 60193-4502
13957747    +Crown Credit Company,   Attn Rodney J Hinders,   102 S Washington St,   New Bremen, OH 45869-1249
13044230    +Cyclone One Inc,   5409 N Ridgeway,   Ringwood, IL 60072-9632
12951758    +Delta Industries Int'l Inc.,   c/o Teller, Levit & Silvertrust, P.C.,   11 East Adams - Suite 800,
              Chicago, IL 60603-6324
15309648    +Donna Magnuson,   c/o Katherine S Kolon,   77 W. Washington St.,   Suite 1402,
              Chicago, IL 60602-3499
13061771    +Dorothy A Raveling,   1014 Forest Drive,   Elgin, IL 60123-1330
13816086    +Dunn Sales & Marketing Inc,   P O Box 1100,   Martinsville, IN 46151-0100
13573894    +Duraco Products, Inc. Employee Health Benefit Plan,   200 W. Adams St., Suite 1600,
              Chicago, IL 60606-5228
15659850    +Eaton Corporation fka Eaton Electrical Inc,   Attention Global Trade Credit,
              1111 Superior Avenue,   Cleveland, OH 44114-2522
13936101    +Eaton Electrical Inc,   n/k/a Eaton Corporation,   Attn S M Scafaria,   1111 Superior Ave,
              Cleveland, OH 44114-2535
13555679    +Edmond M Nagle,   336 Hartman Ct,   South Elgin, IL 60177-1312
13462519    +Elmora Sales Company,   Andrew Sklar Esquire,   102 Browning Lane Building B Suite 1,
              Cherry Hill, NJ 08003-3195
13622589    #+Englewood Electric Supply,   41 N Lively Blvd,   Elk Grove Village, IL 60007-1320
12921993    +++Entec Polymers Inc,   Attn: Melissa Lindsay, Ravago,   800 Ct Avenue,   Norwalk, CT 06854
```

District/off: 0752-1          User: vwalker          Page 2 of 7          Date Rcvd: Aug 01, 2012
                             Form ID: pdf006         Total Noticed: 216

13759730   +++Epic Express/UTL Transportation,   Attn Trudy Snook,   5425 Dixie Rd,   Mississauga, Ontaro,
             Canada L4W 1E6
13462540   +Euler Hermes ACI Assignee,   of Eagle Personnel Inc,   800 Red Brook Blvd,
             Owings Mills, MD 21117-5173
13019602   +Euler Hermes ACI Assignee,   of Pepco Energy Services Inc,   800 Red Brook Blvd,
             Owings Mills, MD 21117-5173
13061868   +Euler Hermes ACI Assignee of,   Alliance Staffing Inc,   800 Red Brook Boulevard,
             Owings Mills, MD 21117-5190
13925059   +Fanplastic Molding Company,   518 Reimann Ave,   Sandwich, IL 60548-1867
13606154   +FedEx Freight East,   P O Box 840,   Harrison, AR 72602-0840
13735833   +Field Packaging Group LLC,   Brian Herzog,   5555 W 73rd St,   Bedford Park, IL 60638-6505
13796589   +Filenow.com, Inc.,   c/o Law Office of Kurt J. Kolar,   191 N. Wacker, Ste. 2300,
             Chicago, IL 60606-1638
13491916   +Fisher/Unitech inc,   1150 Stephenson Hwy,   Troy, MI 48083-1187
13720482   +Fox Valley Fire & Safety,   2730 Pinnacle Dr,   Elgin, IL 60124-7943
12921994   +Freightdoc International Inc,   c/o Axelrod, Goodman, Steiner & Baz,   39 S LaSalle Street,
             Suite 920,   Chicago, IL 60603-1736
13622588   +GT Products Inc,   c/o Michael C Kelsheimer,   Looper Reed & McGraw PC,
             1601 Elm Street Ste 1400,   Dallas, TX 75201-4732
13000264   +Garden Sales Assoc Inc,   10411 N College Ave,   Indianapolis, IN 46280-1436
13899883   +Gayle R. Proctor,   c/o Scott Richmond, Esq.,   2000 McDonald Road, Suite 200,
             South Elgin, IL 60177-3324
13669367   +Graphics 2000 Inc,   c/o Activity Collection Services Inc,   664 Milwaukee Ave,
             Prospect Heights, IL 60070-2300
13743055   +++GreatBanc Trust Company,   K & L Gates LLP,   599 Lexington Avenue,   New York, NY 10022-6030
13911942   +HMS Manufacturing Company,   1230 E. Big Beaver Rd.,   Troy, MI 48083-1904
13911945   +++HMS Mfg. Co.,   Rieck & Crotty PC/,   Jerome F Crotty Esq,   55 W Monroe St  Ste 3390,
             Chicago, IL 60603-5024
13840040   +Hawkeye Information Systems Inc,   Attn Cindy Starck,   P O Box 2167,
             Fort Collins, CO 80522-2167
13607926   +Health Care Service Corp,   dba Blue Cross & Blue Shield,   c/o Michelle A Mendez,
             1445 Ross Avenue  Ste 3700,   Dallas, TX 75202-2755
13461966   +Heath Corporation,   c/o Law Office of Joshua M. Bernstein,   53 West Jackson, Suite 224,
             Chicago, IL 60604-3671
13492779   +Heritage Crystal Clean, LLC,   c/o Gary M. Vanek,   1250 Larkin Avenue, Suite 100,
             Elgin, Illinois 60123-6078
13056671   +Hermie Marvel,   877 Julieann Lane,   Elgin, IL 60120-8016
15844029   +Hilda Solis,,   Secretary of Labor,   United States Department of Labor,
             230 S. Dearborn St.; #844,   Chicago, IL 60604-1779
13903998   +Home Depot U.S.A., Inc.,   c/o Courtney E. Barr,   Locke Lord Bissell & Liddell LLP,
             111 S. Wacker Dr.,   Chicago, IL 60606-4409
13019601   +Howard B Walker,   2008 Dunedin Cove,   Old Hickory, TN 37138-1984
13514424   +Hung Viet Nguyen,   360 Triggs Ave,   Elgin, IL 60123-3252
13776390   +Hydra-Lift Industrial Truck Inc,   c/o Frank Postal,   710 Westbury Dr,
             Algonquin, IL 60102-4344
12921995   +IStern and Company,   c/o Bryan Simms,   1001 E Chicago Ave,   Suite 111,
             Naperville, IL 60540-5500
13754632   +Illinois Department of Employment Security,   33 South State Street,
             Chicago, Illinois 60603-2808
15433839   +Illinois Department of Employment Security,   33 South State Street,
             Chicago, Illinois 60603-2808,   Attn: Bankruptcy Unit - 10th flr.
13057695   +++Illinois Dept. Of Revenue,   Bankruptcy Section,   P O Box 64338,   Chicago, IL 60664-0338
15941982    Indiana Dept of Workforce Development,   Beverly A Korobkin,   Collection Enforcement Unit,
             10 N Senate Ave,   Indianapolis, IN 46204-2277
12951711   +Ineos Olefins & Polymers USA,   c/o Teller, Levit & Silvertrust, P.C.,
             11 East Adams - Suite 800,   Chicago, IL 60603-6324
13945797    International Packaging & Distribution,   PO Box 1295,   Darien, IL 60561
15309685   +Irma M. Rodriguez,   77 W. Washington St.,   Suite 1402,   Chicago, IL 60602-3499
13735831   +J L Wagner Plumbing & Piping Inc,   P O Box 3117,   Saint Charles, IL 60174-9098
13936100    J Q Miske Ltd,   253 Sundown Way SE,   Calgary, Alberta T2X 2N5
13496863   +JP Morgan Chase Bank NA as successor,   by merger to Chase Equipment Finance Inc,
             Steven B Chalken Adelman & Gettleman,   53 W Jackson Blvd Ste 1050,   Chicago, IL 60604-3786
13046667   +JWB Cleaning Contractors Inc,   Keith Goldberg Attorney at Law,   77 W Washington St Ste 1018,
             Chicago, IL 60602-3261
13809344   #+Janes Power Systems Inc,   155 E St Charles Road,   Carol Stream, IL 60188-2081
12921996   +John M Licht et al,   c/o Douglas Chalmers Esq,   77 W Wacker Dr,   Suite 4800,
             Chicago, IL 60601-1664
15520926   +John M. Licht, et al.,   c/o Douglas M. Chalmers,   77 West Wacker Drive, Suite 4800,
             Chicago, IL 60601-1664
12973107   +++Jose V Delgado Jr,   353 Hamilton Ave,   Elgin, IL 60123-3468
12951747   +KHL Engineered Packaging,   c/o Teller, Levit & Silvertrust, P.C.,   11 East Adams - Suite 800,
             Chicago, IL 60603-6324
13791838    Keith Godfrey,   (Keith Godrey Sales Agency),   96 Birch Hill Crescent,   Ammon, New Brunswick,
             Canada E1G 4T3
13016894   +Kenneth P Champagne,   526 Meadowview Drive,   West Chicago, IL 60185-5149
13908510   +++Kenneth Socki,   c/o Katherine S Kolon,   77 W Washington St  Ste 1402,   Chicago, IL 60602-3499
13791839   +Kim Bronke,   36W418 Barton Dr,   St Charles, IL 60175-6312
15406361   +L & L Nursery Supply,   2552 Shenanwdoah Way,   San Bernardino, CA 92407-1845
13697465   +L D L Transfer Inc,   P O Box 102,   Sandwich, IL 60548-0102
13733022   +++Labor Network, Inc.,   Atty Peter Vucha,   920 Davis Road  Ste 100,   Elgin, IL 60123-1344

District/off: 0752-1          User: vwalker          Page 3 of 7          Date Rcvd: Aug 01, 2012
                              Form ID: pdf006          Total Noticed: 216

```
13893889   +Leasing Associates Inc,   12600 N Featherwood #400,   Houston TX 77034-4444
15809883   +Leasing Associates, Inc. on behalf of LAI Trust,   c/o Melissa A. Haselden,   Hoover Slovacek LLP,
             5847 San Felipe, Suite 2200,   Houston, TX 77057-3198
12973113   +Leon Wasniewski,   3N024 Crest Court,   West Chicago, IL 60185-1501
13930705   +Lesley Baseley,   429 Sundance Dr,   Bartlett, IL 60103-5092
13763053   +Lidia G Bribiesca,   207 S Aldine Ave,   Elgin, IL 60123-7201
14428817    Livingston International Inc,   6725 Airport Rd Ste 500,   Mississauga ON L4V 1V2
13798749  +++MLT Providers,   Steven J Fink & Assoc,   25 E Washington #1233,   Chicago, IL 60602-1876
13936099   +Majic Plastics Inc,   Anderson + Wanca,   3701 Algonquin Road  Ste 760,
             Rolling Meadows, IL 60008-3192
13462537   +Margaret A Lordan,   616 Arnold Ave,   Streamwood, IL 60107-3016
15309679   +Maria Avina,   77 W. Washington St.,   Suite 1402,   Chicago, IL 60602-3499
12973108   +Maria D Camacho,   2610 Waterford Ln,   Lake in the Hills, IL 60156-6323
15309683   +Maria Vasquez,   77 W. Washington St.,   Suite 1402,   Chicago, IL 60602-3499
15309681   +Maribel Jimenez,   77 W. Washington St.,   Suite 1402,   Chicago, IL 60602-3499
13763059   +Mark A Keyes,   207 S Aldine Ave,   Elgin, IL 60123-7201
15027398   +Mark Nagel,   320 Glenwood Drive,   Apartment 101,   Bloomingdale, IL 60108-3280
13771293   +Mark S Nagel,   320 Glenwood Dr Apt 101,   Bloomington, IL 60108-3280
12996436   #+Matilde Ledesma,   1672 Poplar Ave,   Hanover Park, IL 60133-3639
12891149   +Matson Integrated Logistics,   c/o Michael Weis, Attorney,   PO Box 1166,
             Northbrook, IL 60065-1166
13966343   +McGladrey & Pullen LLP,   One S Wacker Drive Ste 800,   Chicago, IL 60606-4650,   Attn Jan Riend
13500910   +Mei OI Woo,   1909 Patoral Lane,   Hanvover Park, IL 60133-6742
12973953  +++Michael R Mooney,   710 Bluff Street,   Apt 103,   Carol Stream, IL 60188-1692
14947293  +++Michael R. Moloney,   1615 Wildwood Ln,   Hanover Park, IL 60133-6730
13759791  +++Midwest Mechanical Group, Inc.,   7623 Plaza Court,   Willowbrook, IL 60527-5619
15241752  +++Mike Dickey,   c/o Katherine S Kolon,   77 W. Washington St. Suite 1402,   Chicago, IL 60602-3499
15728740   +Mitchell Powers,   P O Box 595,   Berea, KY 40403-0595
13959673   +Morgan & Bley, Ltd.,   900 W. Jackson Blvd.,   Suite 4 East,   Chicago, Illinois 60607-3745
13574090   +Mukesh R Bhatia,   Manish C Bhatia,   5215 Old Orchard Rd #1010,   Skokie, IL 60077-1035
13957745   +National Union Fire Ins Co of,   Pittsburg, PA  Commercial Ins,   Bankruptcy Coll Michelle Levitt,
             175 Water Street  18th Fl,   New York, NY 10038-4976
13016887   #+Nelda S Reyna,   6052 Kit Carson Dr,   Hanover Park, IL 60133-4942
13625648   #+New Chicago State Currency Exchange, Inc.,   c/o Sorman & Frankel, Ltd.,
             Attn: David J. Frankel,   203 North LaSalle Street, Suite 2350,   Chicago, Illinois 60601-1220
13759667   +New York State Dept of,   Taxation and Finance,   Bankruptcy Section,   P O Box 5300,
             Albany, NY 12205-0300
13780876   +Northwest Pallet Supply Co,   3648 Morreim Drive,   Belvidere, IL 61008-6346
13547666    OHIO DEPARTMENT OF TAXATION,   BANKRUPTCY DIVISION,   P.O. BOX 530, COLUMBUS, OH. 43216
14357202   +Oakwood Technologies Inc,   1099 Brown St Unit 206,   Wauconda, IL 60084-3107
15189894  +++Office of the U.S. Trustee,   219 S Dearborn St  Rm 873,   Chicago, IL 60604-2027
13056672   +OfficeMax,   263 Shuman Blvd,   Naperville, IL 60563-5502,   Attn Anestis Derakis
13693095  +++P.M. Mold Company, Inc.,   Robert S. Minetz,   Latimer LeVay Jurasek LLC,   55 W Monroe  #1100,
             Chicago, IL 60603-5128
15241768  +++Pablino Martinez,   c/o Katherine S Kolon,   77 W. Washington St. Suite 1402,
             Chicago, IL 60602-3499
13903800   +Patricia Seidl,   45 Hawthorne Lane,   Streamwood, IL 60107-1507
14484314   +Patrick, Carl,   3307 Lockhart Hwy,   Union SC 29379-8525
13720483  +++Perfection Servo Hydraulics Inc,   1290 Lyon Road,   Batavia, IL 60510-1389
13989021   +Peter Todd,   Todd & Associates Inc,   820 Old Tower Road,   Oconomowoc, WI 53066-4004
12921997   +Plaspros Inc,   1143 Ridgeview Dr,   Mchenry, IL 60050-7013
13458099   +Plaspros, Inc.,   c/o David Kane,   Meltzer, Purtill & Stelle LLC,
             300 South Wacker Drive, Suite 3500,   Chicago, IL 60606-6704
13759673   +Plus Packaging Inc,   P O Box 12,   Madison, NJ 07940-0012
13732722   +Polsinelli Shughart PC,   c/o Peter J. Schmidt,   Two Prudential Plaza,
             180 N. Stetson Ave., Ste. 4525,   Chicago, Illinois 60601-6733
13555623   +Poly-Flex Inc,   P O Box 943,   Walworth, WI 53184-0943
16175808   +Polysource LLC,   Gary A Gotto,   Keller Rohrback P L C,   3101 N Central Ave  Ste 1400,
             Phoenix, AZ 85012-2643
13780877    Pro-Craft Industires,   90 Engelhard Drive,   Aurora, Ontario L4G 3V2,   Canada
12964739   +R K Schaff Assocates Inc,   c/o Marc S Lichtman ESQ,   222 N LaSalle Street  Ste 200,
             Chicago, IL 60601-1114
13957746    RMG Inc,   c/o Mark Lee,   P O Box 473583,   Aurora, CO 80047-3583
13962853   +RSM McGladrey Inc,   One S Wacker Dr Ste 800,   Chicago, IL 60606-4650
13903801   +Reed Exhibition Companies,   Metro Group as agent,   61 Broadway  Suite 1410,
             New York, NY 10006-2758
13019600   +Richard A Prondzinski,   471 Bennett Dr,   North Aurora, IL 60542-2106
13541431   +Roadrunner Transportation Services,   4900 S Pennsylvania Ave,   Cudahy, WI 53110-1347
15241769  +++Robin Ritchey,   c/o Katherine S Kolon,   77 W. Washington St. Suite 1402,
             Chicago, IL 60602-3499
12973112   +Roger L Ax,   6N454 Clydesdale Ct,   St Charles, IL 60175-8416
13903818    Rudolph David,   48 Hawthorne Lane,   Streamwood, IL 60107
13780878   +SMC3,   P O Box 2040,   500 Westpark Drive,   Peachtree City, GA 30269-3558
13516312   +STAG Capital Partners, LLC,   Attn: Alan H. Simmons, Assistant Genera,   99 Chauncy Street,
             Boston, MA 02111-1715
13516337   +STAG III Streamwood, LLC,   STAG Capital Partners, LLC,   Attn: Alan H. Simmons, Asst Gen Counsel,
             99 Chauncy Street,   Boston, MA 02111-1715
12964669   +Schneider National Inc.,   c/o Kohner, Mann & Kailas,   4650 North Port Washington Road,
             Milwaukee, WI 53212-1077
```

District/off: 0752-1        User: vwalker          Page 4 of 7                Date Rcvd: Aug 01, 2012
                           Form ID: pdf006         Total Noticed: 216

```
13955477   +++Seaton Corp. d/b/a Staff Management,   Jones Day,   Attn Robert Krebs,   77 W Wacker,
             Chicago, IL 60601-1692
12921999   +Seaton Corporation,   c/o McCabe & Hogan PC,   19 S Bothwell Street,   Suite 200,
             Palatine, IL 60067-6100
13958472   +++Sebert Landscaping Company,   James O'Halloran,   O'Halloran Law Offices,   107 W 1st Street,
             Elmhurst, IL 60126-2802
12922000   +Shannon Industrial,   2041 Dillard Court,   Woodstock, IL 60098-6600
13000265   +Shannon Industrial Corp,   c/o Patrick K Bond,   Dickson & Associates PC,
             400 S Knoll St Unit C,   Wheaton, IL 60187-4557
15316487   +Silvia Perez,   77 W. Washington St.,   Suite 1402,   Chicago, IL 60602-3499
13016886   #+Sixto Reyna,   6052 Kit Carson Dr,   Hanover Park, IL 60133-4942
12922001   +++Solomon Edwards Group LLC,   1255 Drummers Lane Ste 200,   Wayne, PA 19087-1565
13975794   +Southwest Regional Reps Inc,   4117 Vista Rd 13,   Pasadena, TX 77504-2100
13598225   +State of Michigan, Department of Treasury,   Revenue & Collections Division,   P.O. box 30754,
             lansing, MI 48909-8254
13967265   +Steiner Electric Company,   1250 Touhy Avenue,   Elk Grove Village, Il 60007-4985
13845388   +Stik-II Products Inc,   P O Box 71,   Easthampton, MA 01027-0071
14186625   +Superior Die Set Corp,   900 West Drexel Ave,   Oak Creek, Wi 53154-1935
12911429   TIN Inc dba Temple-inland,   Credit Dept 4S Debra Goodwin,   P O Box 685069,
             Austin TX 78768-5069
13759783   Tech-Syn Corporation,   P O Box 6250,   Bloomingdale, IL 60108-6250
15728739   +Terry L Schwartz,   P O Box 595,   Berea, KY 40403-0595
13044231   The Beek Company,   Doug Alford ,President,   17075 SW Arkenstone Drive,
             Portland, OR 97224-7601
14852117   +The Insurance Co of the State, of Pennsylvania,   c/o Silverman Acmpora LLP,
             100 Jericho Quadrangle Ste 300,   Jericho, NY 11753-2702
13771403   +The Insurance Co. of the State of Pennsylvania,   c/o American International Underwriters,
             175 Water Street, 15th Floor,   New York, NY 10038-4918,   Attn: Kimberly Russell
13749711   +The Plastics Group Inc,   7409 S Quincy St,   Willowbrook, IL 60527-5521
13775207   Timothy H. Liou, Esq.,   Box 4044,   Wheaton, IL 60189-4044
15155802   +Transervicios S A DE C V,   P O Box 9219,   El Paso, TX 79995-9219,   Attn Julio Contreras
13785432   +Transervicios S A DE C V,   Attn Claudia Carrasco,   P O Box 9219,   El Paso, TX 79995-9219
13597430   +Transparent Container Co., Inc.,   c/o Gary M. Vanek,   1250 Larkin Avenue, Suite 100,
             Elgin, Illinois 60123-6078
13754558   +Transport Direct Express Inc,   Mr Robert Martens,   P O Box 6300,   Elgin, IL 60121-6300
15481594   +UPS Freight,   c/o Receivable Management Serv,   P O Box 4396,   Timonium, MD 21094-4396
12922003   USF Holland Inc,   c/o Frantz Ward LLP ttn: JF Koseinik,   2500 Key Center, 127 Public Square,
             Cleveland, OH 44114
14428820   Unicity Integrated Logistics,   Livingston INternational Inc,   6725 Airport Rd Ste 500,
             Mississauga, ON Canada L4V 1V2
13541430   Unisource World Wide,   850 N Arlington Heights Road,   Itasca, IL 60143-2885
12922002   United Polychem Inc,   c/o Steven D Gertler & Assoc Ltd,   415 N LaSalle Street,
             Chicago, IL 60610
13780879   +Victor Morales,   401 Sadler Ave,   Elgin, IL 60120-8040
12973109   +Victor Mordles,   714 N Liberty,   Elgin, IL 60120-3916
13728347   +WCP-Fern Exposition Services,   dba George Fern Company,   Attn Accounting,   645 Linn Street,
             Cincinnati, OH 45203-1722
13826417   +WILLIAM E MOORE,   405 STRATFORD CIRCLE,   STREAMWOOD IL 60107-2158
12897992   +Warehouse Direct, Inc.,   C/O Michael Weis,   PO Box 1166,   Northbrook, IL 60065-1166
13532956   +Waste Management,   2625 W Grandview Rd Ste 150,   Phoenix, AZ 85023-3109
13938056   +Welch Packaging Chicago Inc,   c/o Patrick S Baert CFO,   1020 Herman Street,
             Elkhart, IN 46516-9028
12922004   +Welch Packaging Group Inc,   1020 Herman Street,   Elkhart, IN 46516-9028
15241787   +++William Van Dusen,   c/o Katherine S Kolon,   77 W. Washington St. Suite 1402,
             Chicago, IL 60602-3499
13617803   YRC Inc successor-in-interest,   to Yellow Transportation Inc,   c/o Frantz Ward LLP,
             2500 Key Center 127 Public Square,   Cleveland, OH 44114
13498801   YRC, Inc f/k/a Roadway Express Inc,   Frantz Ward LLP,   Attn: John F Kostelnik,
             2500 Key Center, 127 Public Square,   Cleveland OH 44114
15540900   +Yellostone Logistics Inc,   Sullivan Hincks & Conway,   120 West 22nd Street Suite 100,
             Oak Brook, IL 60523-4067

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13720481   +E-mail/Text: markaltman@asquith-corp.com Aug 02 2012 03:18:40    Asquith Corporation,
             19 Fox Road,   Waltham, MA 02451-1008
13026346   E-mail/Text: kunges@headco.com Aug 02 2012 03:18:29    Bearing Headquarters Co,   P O Box 6267,
             Broadview, IL 60155-6267
12988424   +E-mail/Text: legalcollections@comed.com Aug 02 2012 03:14:55    ComEd Co,   2100 Swift Drive,
             Attn Bankrutpcy Section/Revenue Mgt,   Oakbrook, IL 60523-1559
12892851   E-mail/Text: cio.bncmail@irs.gov Aug 02 2012 02:52:11    Internal Revenue Service,
             P.O. Box 21126,   Philadelphia, PA 19114
13941695   +E-mail/Text: bankrup@nicor.com Aug 02 2012 02:56:47    Nicor Gas,   PO Box 549,
             Aurora IL 60507-0549
13016249   +E-mail/Text: bankruptcy@pb.com Aug 02 2012 03:14:58    Pitney Bowes Inc,   27 Waterview Drive,
             Shelton, CT 06484-4361
13930719   +E-mail/Text: bankruptcy@simplexgrinnell.com Aug 02 2012 04:55:01    Simplex Grinnell,
             Attn Bankruptcy,   50 Technology Drive,   Westminster, MA 01441-0001
12954980   E-mail/Text: SCD_BankruptcyNotices@Grainger.com Aug 02 2012 04:41:50    W W Grainger Inc,
             7300 N Melvina Ave M240,   Niles, IL 60714-3998
                                                                              TOTAL: 8
```

```
District/off: 0752-1          User: vwalker          Page 5 of 7          Date Rcvd: Aug 01, 2012
                             Form ID: pdf006         Total Noticed: 216
```

```
           ***** BYPASSED RECIPIENTS (continued) *****

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13520847      Yee Man Yu
13754797*    +Illinois Department of Employment Security,   33 South State Street,
              Chicago, Illinois 60603-2808
17917590*    +State of Michigan, Department of Treasury,   Revenue & Collections Division,   PO Box 30754,
              Lansing, MI 48909-8254
12921989     ##+Bullett Freight Systems Inc,   721 E Ball Rd,   Anaheim, CA 92805-5948
13930699     ##+Durkin Electric Co Inc,   13842 S Harrison St,   Blue Island, IL 60406-2809
13600907     ##Exel Transportation Services Inc,   Richard V Merrill,   17330 Preston Road Ste 200C,
              Dallas, TX 75252-6035
12973114     ##+Fatme Balboa,   729 Brookline St,   South Elgin, IL 60177-2756
13517614     ##+Gayle R Proctor,   1450 Getzelman Dr 2E,   Elgin, IL 60123-2056
15549869     ##+Gayle R. Proctor,   1450 Getzelmen Drive, Apt 2E,   Elgin, IL 60123-2056
14270910     ##+Maria P Garza,   1636 Park Ave,   Hanover Park, IL 60133-3614
16188128     ##+Michael Lynch,   c/o Gregory Jordan,   Jordan, Kowal & Apostol LLC,
              200 South Wacker Drive, 32nd Floor,   Chicago IL 60606-5878
12996508     ##+Mitchell Powers,   P O Box 343,   Streamwood IL 60107-0343
13686776     ##+Phoenix International Freight,   Attn: A/R,   712 N Central Ave,   Wood Dale, IL 60191-1263
12921998     ##+Premium Molding Inc,   c/o William B Thompson Esq,   P O Box 584,   Wheaton, IL 60187-0584
13930718     ##+Skyline Pallets Service Inc,   480 Podlin Drive,   Franklin Park, IL 60131-1008
12973110     ##+Susan A Podraza,   304 Kosan Circle,   Streamwood, IL 60107-1122
12992381     ##+Terry Lee Schwartz,   P O Box 343,   Streamwood, IL 60107-0343
                                                              TOTALS: 1, * 2, ## 14
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 03, 2012**                    **Signature:**      *Joseph Speetjens*

District/off: 0752-1          User: vwalker          Page 6 of 7          Date Rcvd: Aug 01, 2012
                             Form ID: pdf006         Total Noticed: 216

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 31, 2012 at the address(es) listed below:
              Allen J Guon    on behalf of Creditor  Bayer MaterialScience LLC aguon@shawgussis.com,
              sdelamora@shawgussis.com
              Ann M Bredin    on behalf of Creditor  Stag III Streamwood, LLC abredin@mpslaw.com,
              dnichols@mpslaw.com
              Beverly A Berneman    on behalf of Creditor Committee  Official Committee Of Unsecured Creditors
              baberneman@golanchristie.com,
              lreuther@golanchristie.com;jfunk@golanchristie.com;gdaya@golanchristie.com;mperez@golanchristie.c
              om;myproductions@gmail.com
              Brad  Berish    on behalf of Creditor  Welch Packaging Chicago, Inc. bberish@ag-ltd.com
              Bryan M Sims    on behalf of Creditor  I. Stern and Co., Inc. bsims@simslawfirm.com
              Chad H. Gettleman    on behalf of Creditor  Welch Packaging Chicago, Inc. cgettleman@ag-ltd.com
              Christopher J Williams    on behalf of Creditor  Adalberto Jimenez cwilliams@workers-law.org,
              agalvan@workers-law.org
              Christopher L Muniz    on behalf of Creditor  ClearStaff, Inc. clm@sacounsel.com
              Christopher P Hughes    on behalf of Creditor  Miguel Garza, Jr. chughes@gwclaw.com
              Courtney E Barr    on behalf of Interested Party  Home Depot U.S.A. Inc. cbarr@lockelord.com,
              chicagodocket@lockelord.com;pwilliams@lockelord.com
              David L Kane    on behalf of Creditor  Plaspros, Inc. dkane@mpslaw.com,
              dnichols@mpslaw.com;mpslawllc@gmail.com;jlitwin@mpslaw.com
              Deborah M Gutfeld    on behalf of Creditor  Stag III Streamwood, LLC dgutfeld@perkinscoie.com,
              docketchi@perkinscoie.com
              Eugene  Crane    ecrane@craneheyman.com,
              il41@ecfcbis.com;mjoberhausen@craneheyman.com;jmunoz@craneheyman.com;dkobrynski@craneheyman.com
              Forrest B  Lammiman    on behalf of Creditor  Stag III Streamwood, LLC flammiman@mpslaw.com,
              dkane@mpslaw.com;srogovin@mpslaw.com;dnichols@mpslaw.com;mpslawllc@gmail.com;jlitwin@mpslaw.com
              Francis X Buckley    on behalf of Creditor  Greenwood Motor Lines fxbuckleyjr@thompsoncoburn.com,
              aversis@thompsoncoburn.com
              George P Apostolides    on behalf of Debtor  Duraco Products, Inc. gpapostolides@arnstein.com
              Gordon E. Gouveia    on behalf of Creditor  Bayer MaterialScience LLC ggouveia@shawgussis.com,
              mwestbrook@shawgussis.com
              Gregory J Jordan    on behalf of Creditor Kevin Lynch gjordan@ja-law.com
              Gregory K Stern    on behalf of Creditor  CCA Financial, LLC gsternl@flash.net,
              steve_horvath@ilnb.uscourts.gov
              Heather M Durian    on behalf of Creditor  State of Michigan, Department of Treasury
              durianh@michigan.gov
              Howard L. Adelman    on behalf of Creditor  Chase Equipment Leasing Inc. hla@ag-ltd.com
              Janice L. Duban    on behalf of Creditor  Stag III Streamwood, LLC janice.duban@dlapiper.com
              Justin  Volmert    on behalf of Creditor  Crown Credit Company volmertj@jbltd.com
              Katherine  Kolon    on behalf of Creditor  Adalberto Jimenez kkolon@workers-law.org,
              agalvan@workers-law.org
              Keevan D. Morgan    on behalf of Creditor  Morgan & Bley, Ltd. kmorgan@morganandbleylimited.com
              Kevin H Morse    on behalf of Debtor  Duraco Products, Inc. khmorse@arnstein.com
              Konstantine T. Sparagis    on behalf of Creditor  Cardinal Packaging Products, LLC
              gsparagi@yahoo.com,
              mark@atbankruptcy.com;gus@atbankruptcy.com;tim@atbankruptcy.com;ameyers@atbankruptcy.com;josietro
              ester@msn.com;gus@bestclientinc.com
              Kurt J Kolar    on behalf of Creditor  Filenow.com, Inc. kjkolar@kjkolarlaw.com
              Lauren  Newman    on behalf of Creditor  Greenwood Motor Lines lnewman@thompsoncoburn.com,
              lnewman@thompsoncoburn.com;dmannella@thompsoncoburn.com
              Lisa M Nyuli    on behalf of Creditor  Gayle Proctor lmn@attorneys-illinois.com
              Mark D. Roth    on behalf of Creditor Mark Roth markdroth@gmail.com
              Marla J Haley    on behalf of Interested Party  Secretary of Labor, United States Department of
              Labor haley.marla@dol.gov, sol-chi@dol.gov;matting.leslie@dol.gov
              Mary Ann C. Lyons    on behalf of Interested Party  BLN CAPITAL FUNDING, LLC
              maclyons@zenoffandzenoff.com, zenoff@zenoffandzenoff.com
              Michael D. Lee    on behalf of Interested Party  Bibby Financial Services (Midwest), Inc.
              mlee@srcattorneys.com
              Michael J. Faley    on behalf of Interested Party  Bibby Financial Services (Midwest), Inc.
              mfaley@crishamlaw.com
              Michael L. Gesas    on behalf of Attorney  Arnstein & Lehr (as attorneys for Debtor, Duraco
              Products, Inc.) mlgesas@arnstein.com,
              blsutton@arnstein.com;lcsolomon@arnstein.com;jbmedziak@arnstein.com
              Michelle A Mendez    on behalf of Creditor  Blue Cross Blue Shield of Illinois a division of
              Health Care Service Corp mmendez@hunton.com
              Miriam R. Stein    on behalf of Attorney  Arnstein & Lehr (as attorneys for Debtor, Duraco
              Products, Inc.) mrstein@arnstein.com, jbmedziak@arnstein.com
              Monette W Cope    on behalf of Creditor  Advance Payroll FUnding, LTD ecfnil@weltman.com
              N Neville Reid    on behalf of Creditor  CommonWealth Edison nreid@fhslc.com,
              docket@fhslc.com;kgoin@fhslc.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Robert E. Krebs    on behalf of Creditor  Seaton Corp. rkrebs@jonesday.com
              Robert R Benjamin    on behalf of Creditor Committee  Official Committee Of Unsecured Creditors
              rrbenjamin@golanchristie.com,
              lreuther@golanchristie.com;jfunk@golanchristie.com;gdaya@golanchristie.com;mperez@golanchristie.c
              om;myproductions@gmail.com;aprior@golanchristie.com
              Ryan T Schultz    on behalf of Attorney  Fox, Hefter, Swibel, Levin & Carroll, LLP
              rschultz@fhslc.com, docket@fhslc.com
              Scott N. Schreiber    on behalf of Creditor  Franklin Capital Corporation sschreiber@stahlcowen.com

District/off: 0752-1          User: vwalker          Page 7 of 7          Date Rcvd: Aug 01, 2012
                             Form ID: pdf006          Total Noticed: 216

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Shelly A. DeRousse    on behalf of Creditor  Franklin Capital Corporation sderousse@stahlcowen.com,
           cgarcia@stahlcowen.com
          Steven B Chaiken    on behalf of Creditor  Chase Equipment Leasing Inc. schaiken@ag-ltd.com
          Susan A Stoddard    on behalf of Creditor  P.M. Mold Company, Inc. sstoddard@lljlaw.com
          William D Brejcha    on behalf of Defendant  Bullet Freight Systems Inc wdbrejcha@scopelitis.com,
           mweiland@scopelitis.com;ddevitt@scopelitis.com;rzivit@scopelitis.com
          William Irwin Kohn    on behalf of Creditor  Traffic Tech Inc. wkohn@beneschlaw.com,
           docket@beneschlaw.com;;lbehra@beneschlaw.com
                                                                              TOTAL: 50