UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) Case No. 08 B 31353 |
| Duraco Products, Inc., | ) |
| | ) |
| | ) |
| | ) Chapter 7 |
| Debtor. | ) |
| | ) |

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO CRANE, HEYMAN, SIMON, WELCH & CLAR, ATTORNEYS FOR DURACO PRODUCTS, INC., FOR ALLOWANCE AND PAYMENT OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $115,838.00 | TOTAL COSTS REQUESTED: | $4,337.37 |
| TOTAL FEES REDUCED: | $646.80 | TOTAL COSTS REDUCED: | $0.00 |
| TOTAL FEES ALLOWED: | $115,191.20 | TOTAL COSTS ALLOWED: | $4,337.37 |

**TOTAL FEES AND COSTS ALLOWED: $119,528.57**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

(7)     **Lumping**

The Court may impose a ten percent penalty for "lumping." *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

Dated: August 29, 2012

_____
Eugene R. Wedoff
United States Bankruptcy Judge

| DATE | COMMENT | ATTY | HOURS 735-735 |
|---|---|---|---|
| 7 02/17/10 | Reviewed and analyzed docket. Call secured lender, $-73.5 priority Chapter 11 Order | EC —.1 | × 1.50 × 490 |
| 02/18/10 | Telephone call with Kathy Cartwright, former employee re: access to computers    Stet | EC | 0.20 |
|  | Returned call to Joe DiMao of Novelty Manufacturing - not in | EC | 0.10 |
|  | Telephone call to Debtor to vacate premises leave all records etc. and assets onsite | EC | 0.30 |
|  | Telephone call to Michael Gesas attorney for debtor regarding leaving and locking premises. | EC | 0.10 |
| 7 | Visit Duraco premises 1109 Lake Street, $-343 Streamwood, Illinois with Bob Benjamin attorney for creditors committee in the Chapter 11 and Don Dodge of American Auction, review records, examined premises, includes 1.5 travel to debtor. | EC | 7.00 X |
| 02/19/10 | Hearing regarding motion to compel debtor and attorney to agree and testify to as to compliance with Section 521 in front of Judge Schmetterer | EC | 0.60 |
|  | Telephone call from lessor, Forest Lammiman, re: Debtor employees taking out personal property. | EC | 0.30 |
| 02/23/10 | Meeting with Debtor's attorneys M. Gesas & Mimi Stein re: records, assets, status of Chapter 11 | EC | 0.40 |
|  | Status hearing with Bob Benjamin, attorney for creditor committee, Steve Chaiken, attorney for creditor, Forest Lammiman, attorney for lessor, etal | EC | 0.80 |
| 03/02/10 | Telephone conference with Cameron Gulden of US Trustee Office, re: insurance issue | AGS | 0.10 |
|  | Telephone conferences with Mimi Stein's assistant re: insurance and keys to trailers parked on premises | AGS | 0.10 |
| 03/03/10 | Telephone call from Gina Carruthers of RMS McGladrey, accounting firm, re: Trustee request for records | EC | 0.20 |

| Date | Description | Atty | Hours |
|---|---|---|---|
| 03/04/10 | Telephone conference with Maynard Industries to conduct American Auction to inspect inventory, etc. | EC | 0.20 |
| 03/09/10 | Call from John Walsh, CPA for Duraco (Solomon Edwards Group) re: Trustee's demand for records | EC | 0.10 |
| 03/10/10 | Tried to find $1.4 million of assets stored at Red Line Express (per schedules) Red Line out of business, possibly dissolved in 2008 | EC | 0.50 |
| 03/16/10 | Letter to William Barrett re: 200 shares of stock in Sears Holding Corp., (claim vs. K-mart for turn over of stock and cash value.) | EC | 0.30 |
| 03/23/10 | Drafting of letters requesting all documents of Debtor to Arnstein & Lehr and Keevan Morgan. | EC | 0.40 |
|  | Conference with Trustee re: compelling supplemental testimony on Chapter 11 issues | DKW | 0.40 |
| 03/24/10 | Met with Bob Benjamin, special counsel, at Duraco plant. Reviewed books and computer information at plant. Travel time 2 hrs. Analyze records, etc.  $-196 | EC | 4.00 |
|  | Reviewed email from William Barrett re: Sears stock certificates. Must contact Sears Holding company. | EC | 0.20 |
|  | Called Sears Holding Corp. re: Duraco shares in Sears Holding Co. All directions for transfer and sale of Sears stock to estate (approx. $20,000). | EC | 0.40 |
| 03/29/10 | Drafting of email to Bill Miske in Calgary, Canada re: possibility of a dividend. | EC | 0.20 |
| 04/05/10 | Drafting of letter to Anne Beasley, former office manager, for meeting to discuss company financial records. | EC | 0.20 |
|  | Drafting of letter to John Licht, former CEO to meet and discuss debtor's finances. | EC | 0.20 |
| 04/06/10 | Court appearance re: motion of Stag (Lessor) for use and occupancy; motion of Trustee to compel turnover of all filed from Debtor's attorneys; motion of Trustee to compel filing of final DIP report. | EC | 1.00 |
|  | Court appearance re: motions for administrative expense and to compel documents from debtor | JCD | 0.70 |

| Date | Description | Atty | Hours |
|---|---|---|---|
| | Conference with E. Crane re: conference with secured creditors about auction process | DK | 0.20 |
| 03/15/10 | Telephone conference with E. Crane and S. Schreiber re: possible asset sale | AGS | 0.30 |
| | Telephone conference with E. Crane and Steve Chaiken re: possible asset sale | AGS | 0.20 |
| | Strategy conference with E. Crane re: asset sale issues and lien claims | AGS | 1.20 |
| | Telephone conference with J. Barsch re: offer to purchase assets | JCD | 0.30 |
| 03/16/10 | Conference with Franklin re: offer of purchase | EC | 0.10 |
| 03/17/10 | Meeting with Franklin (Gary Edidin & Scott Schreiber), Chase Bank (Steve Chaiken) Bibby (Mike Lee), Stag (F. Lammiman) re: Auction Sale, carve outs, expenses, lessor's rent etc. | EC | 1.50 |
| | Telephone conference with Scott Schreiber to discuss offer. Call M. Lee (Bibby) re: security. Call to Steve Chaiken re: Chase lien | EC | 0.70 |
| | Telephone conference with Brian Leahy potential Buyer in PA | EC | 0.20 |
| | Review of offers to purchase estate property | JCD | 0.40 |
| | Telephone conference with Scott Schreiber re: offers to purchase and motion to modify stay | JCD | 0.40 |
| | Second telephone conference with Scott Schreiber re: offers to purchase and motion to modify stay | JCD | 0.30 |
| 03/18/10 | Telephone conference with David Warner, potential bidder | EC | 0.10 |
| | Telephone conference with David Warner, potential buyer (Denver, Colorado). Referred to Don Dodge for details, may want everything. | EC | 0.20 |
| | E-mail from James Teich re: offer to purchase assets | JCD | 0.10 |
| 03/19/10 | E-mail to James Teich re: offer to purchase assets | JCD | 0.10 |

Handwritten annotations: "7", "$34.3", "3↵3"